# U.S. District Court
## Eastern District of New York (Brooklyn)
## CIVIL DOCKET FOR CASE #: 1:24−cv−05037−RER−TAM

Hoare v. Oddity Tech Ltd. et al

Assigned to: Judge Ramon E. Reyes, Jr

Referred to: Magistrate Judge Taryn A. Merkl

Cause: 15:78m(a) Securities Exchange Act

Date Filed: 07/19/2024

Date Terminated: 08/22/2024

Jury Demand: Plaintiff

Nature of Suit: 850 Securities/Commodities

Jurisdiction: Federal Question

**Plaintiff**

**Brian Hoare**

*Individually and on behalf of all others*
*similarly situated.*

represented by **J. Alexander Hood**
Pomerantz LLP
600 Third Avenue
20th Floor
New York, NY 10016
212−661−1100
Fax: 212−661−8665
Email: ahood@pomlaw.com
*ATTORNEY TO BE NOTICED*

**James Michael LoPiano**
Pomerantz LLP
600 Third Avenue
Ste 20th Floor
New York, NY 10016
631−903−9356
Email: jlopiano@pomlaw.com
*ATTORNEY TO BE NOTICED*

**Jeremy Alan Lieberman**
Pomerantz LLP
600 Third Avenue
New York, NY 10016
212−661−1100
Fax: 212−661−8665
Email: jalieberman@pomlaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Oddity Tech Ltd.**

**Defendant**

**Oran Holtzman**

**Defendant**

**Lindsay Drucker Mann**

**Defendant**

**Shiran Holtzman–Erel**

**Defendant**

**Michael Farello**

**Defendant**

**Lilach Payorski**

| Date Filed | # | Docket Text |
|---|---|---|
| 07/19/2024 | Ï 1 | COMPLAINT against Michael Farello, Oran Holtzman, Shiran Holtzman–Erel, Lindsay Drucker Mann, ODDITY Tech Ltd., Lilach Payorski filing fee $ 405, receipt number ANYEDC–18089183 Was the Disclosure Statement on Civil Cover Sheet completed –YES,, filed by Brian Hoare. (Attachments: # 1 Civil Cover Sheet, # 2 Proposed Summons) (Lieberman, Jeremy) (Entered: 07/19/2024) |
| 07/22/2024 | Ï 2 | Clerk's Notice Re: Consent. A United States Magistrate Judge has been assigned to this case and is available to conduct all proceedings. In accordance with Rule 73 of the Federal Rules of Civil Procedure, Local Rule 73.1, the parties are notified that if all parties consent, the assigned Magistrate Judge is available to conduct all proceedings in this action including a (jury or nonjury) trial and to order the entry of a final judgment. Attached to this Notice is a blank copy of the consent form that should be filled out, signed and filed electronically only if all parties wish to consent. Any party may withhold its consent without adverse substantive consequences. Do NOT return or file the consent unless all parties have signed the consent.The form may also be accessed at the following link: https://img.nyed.uscourts.gov/files/forms/MJConsentForm.pdf (CV) (Entered: 07/22/2024) |
| 07/22/2024 | Ï 3 | Summons Issued as to Michael Farello, Oran Holtzman, Shiran Holtzman–Erel, Lindsay Drucker Mann, Oddity Tech Ltd., Lilach Payorski. (CV) (Entered: 07/22/2024) |
| 07/22/2024 | Ï 4 | This attorney case opening filing has been checked for quality control. See the attachment for corrections that were made, if any. (CV) Modified on 8/8/2024 (CV). (Entered: 08/08/2024) |
| 07/24/2024 | Ï 5 | NOTICE of Appearance by J. Alexander Hood on behalf of Brian Hoare (aty to be noticed) (Hood, J. Alexander) Modified on 8/8/2024 (CV). (Entered: 07/24/2024) |
| 07/24/2024 | Ï 6 | NOTICE of Appearance by James Michael LoPiano on behalf of Brian Hoare (aty to be noticed) (LoPiano, James) Modified on 8/8/2024 (CV). (Entered: 07/24/2024) |
| 08/06/2024 | Ï | ORDER: The allegations of Plaintiff's complaint (ECF No. 1) raise questions regarding whether venue is proper in the Eastern District of New York. Venue in this case is governed by 15 U.S.C. § 78aa, which provides that an action may brought in the "any such district or in the district wherein the defendant is found or is an inhabitant or transacts business." Accordingly, venue is determined not by the presence of investors in the district but whether defendant can be "found" in, "is an inhabitant" of, or "transacts business" in this district. § 78aa. If an action is filed in the wrong district court, a court "shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought." 28 U.S.C. § 1406(a). A transfer under § 1406(a) may be made upon motion or by a court *sua sponte*. *See Pisani v. Diener*, No. 07–CV–5118, 2009 WL 749893, at *8 (E.D.N.Y. Mar. 17, 2009) (collecting cases). The complaint indicates that the Defendant Oddity has "principal executive offices" in Israel and does not contain any allegations about where the individual defendants can be found or where they are inhabitants, (see Compl., ECF No. 1, &para&para 13–20), and the complaint indicates that Oddity's shares trade on the Nasdaq Global Market, (*id.* &para 11), which is located within the Southern District of New York. Accordingly, it |

| | | |
|---|---|---|
| | | appears that the proper venue for this action is United States District Court for the Southern District of New York. *See* 15 U.S.C. § 78aa.<br><br>By **8/16/2024**, Plaintiff is ordered to show cause in writing why venue is proper in this district and, if not, whether the parties consent to a transfer of venue and to which district. If Plaintiff fails to show cause as to why venue is proper here or present argument as to where venue should lie by 8/16/2024, the Court shall direct the Clerk of Court to transfer this action to the United States District Court for the Southern District of New York. Ordered by Magistrate Judge Taryn A. Merkl on 8/6/2024. (ALG) (Entered: 08/06/2024) |
| 08/16/2024 | Ï 7 | Letter *in response to the Courts Order dated August 6, 2024* by Brian Hoare (Lieberman, Jeremy) (Entered: 08/16/2024) |
| 08/22/2024 | Ï | ORDER: The Court is in receipt of Plaintiff's letter 7 , filed on 8/16/2024 in response to the Court's 8/6/2024 order to show cause, indicating that Plaintiff consents to transferring this action to the Southern District of New York. Accordingly, and for the reasons stated in the Court's 8/6/2024 order to show cause, the Clerk of Court is respectfully directed to transfer this action to the United States District Court for the Southern District of New York. Ordered by Magistrate Judge Taryn A. Merkl on 8/22/2024. (ALG) (Entered: 08/22/2024) |
| 08/22/2024 | Ï | Case transferred to District of Southern District of New York. Original file, certified copy of transfer order, and docket sheet sent. **ALL FILINGS ARE TO BE MADE IN THE TRANSFER COURT, DO NOT DOCKET TO THIS CASE.**Ordered by Magistrate Judge Taryn A. Merkl on 8/22/2024. (ALG) (Entered: 08/22/2024) |