Case 1:24-cv-06571-MMG    Document 20    Filed 10/07/24    Page 1 of 4

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BRIAN HOARE, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>v.<br><br>ODDITY TECH LTD., ORAN HOLTZMAN, LINDSAY DRUCKER MANN, SHIRAN HOLTZMAN-EREL, MICHAEL FARELLO, and LILACH PAYORSKI,<br><br>        Defendants. | Case No.: 1:24-cv-06571-MMG<br><br>Hon. Margaret M. Garnett |

**ALEX GORDON'S REPLY IN FURTHER SUPPORT OF HIS MOTION FOR
APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF
<u>SELECTION OF COUSNEL</u>**

i

On September 17, 2024, movant Alex Gordon ("Mr. Gordon") filed a Motion for Appointment as Lead Plaintiff and Approval of Counsel, stating that he had suffered a financial loss of $4,933.57 in connection with his purchases of ODDITY Tech Ltd. ("Oddity" or the "Company") securities between July 19, 2023 and May 20, 2024, both dates inclusive (the "Class Period"). *See* ECF No. 10. One other lead plaintiff motion was filed by Brian Hoare, but he ultimately filed a notice of non-opposition, leaving only Mr. Gordon. *See* ECF No. 18. On October 1, 2024, Mr. Gordon filed an opposition to the competing motion. *See* ECF No. 19.

Pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), district courts are to adopt a presumption that the applicant with the largest financial interest in the relief sought by the class and who satisfies the requirements of Fed. R. Civ. P. 23 is the "most adequate plaintiff." 15 U.S.C. §78u-4(a)(3)(B)(iii).

As Mr. Gordon's pending motion is unopposed, Mr. Gordon respectfully requests that the Court issue an Order pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. §78u-4(a)(3)(B), as amended by the PSLRA: (1) appointing Mr. Gordon as Lead Plaintiff on behalf of all persons or entities who purchased or otherwise acquired Oddity securities during the Class Period; (2) approving Mr. Gordon's selection of Levi & Korsinsky, LLP as Lead Counsel for the Class; and (3) granting such other and further relief as the Court may deem just and proper.

*[Signature on following page]*

Dated: October 7, 2024

Respectfully submitted,

**LEVI & KORSINSKY, LLP**

*/s/ Adam M. Apton*
Adam M. Apton
33 Whitehall Street, 17th Floor
New York, NY 10004
Telephone: (212) 363-7500
Facsimile: (212) 363-7171
Email: aapton@zlk.com

*Counsel for Alex Gordon and Proposed Lead
Counsel for the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the Court's Electronic Mail Notice List.

**LEVI & KORSINSKY, LLP**

*/s/ Adam M. Apton*
Adam M. Apton
33 Whitehall Street, 17th Floor
New York, NY 10004
Telephone: (212) 363-7500
Facsimile: (212) 363-7171
Email: aapton@zlk.com

3