**THUNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BRIAN HOARE Individually and on Behalf of All Others Similarly Situated, | |
| Plaintiff, | |
| vs. | Case No. 1:24-CV-06571-MMG |
| ODDITY TECH LTD., ORAN HOLTZMAN, LINDSAY DRUCKER MANN, SHIRAN HOLTZMAN-EREL, MICHAEL FARELLO, LILACH PAYORSKI, GOLDMAN SACHS & CO. LLC, MORGAN STANLEY & CO. LLC, ALLEN & COMPANY, BOFA SECURITIES INC., BARCLAYS CAPITAL INC., TRUIST SECURITIES, INC., JMP SECURITIES LLC, and KEYBANC CAPITAL MARKETS INC. | CLASS ACTION |
| Defendants. | |

**DECLARATION OF BRENT BYARS IN SUPPORT OF**
**DEFENDANTS' JOINT MOTION TO DISMISS**

I, Brent Byars, declare as follows:

1.      I am a senior attorney at Cravath, Swaine & Moore LLP, counsel for Oddity Tech Ltd., Lindsay Drucker Mann and Michael Farello ("Oddity") in this litigation.  I am an active member of the Bar of the State of New York and am admitted to practice before this Court.

2.      I make this declaration based upon my knowledge of the facts stated herein, and if called to testify, I could and would do so competently.  I submit this declaration in support of

i

Defendants' Joint Motion to Dismiss the Amended Complaint filed by Brian Hoare, Individually and on Behalf of All Others Similarly Situated.

3.    Attached hereto as **Exhibit 1** is a true and complete copy of Oddity's Form F-1 filed with the Securities and Exchange Commission on June 23, 2023, which is referenced in the Amended Complaint at ¶ 96.

4.    Attached hereto as **Exhibit 2** is a true and complete copy of Oddity's Form 20-F filed with the Securities and Exchange Commission on March 6, 2024, which is referenced in the Amended Complaint at ¶ 161.

5.    Attached hereto as **Exhibit 3** is a true and complete copy of a document titled "Research Report: Oddity Tech Limited (NASDAQ: ODD)", dated May 21, 2024, which is referenced in the Amended Complaint at ¶ 9.  The document is accessible at https://ningiresearch.com/wp-content/uploads/Research_Report_ODDITY_Tech.pdf and last accessed on April 21, 2025.

6.    Attached hereto as **Exhibit 4** is a true and complete copy of an Oddity press release titled "Initial response to the short seller report published on May 21st 2024", dated May 21, 2024, which is referenced in the original Complaint at ¶ 58.  The press release is accessible at investors.oddity.com/news-releases/news-release-details/initial-response-short-seller-report-published-may-21st 2024#:~:text=Release%20Details&text=ODDITY%20fundamentally%20rejects%20the%20short,without%20any%20involvement%20by%20ODDITY and last accessed on April 21, 2025.

7.      Attached hereto as **Exhibit 5** is a true and complete copy of a Yahoo!finance webpage reflecting Oddity Tech Ltd.'s historical stock price (NASDAQ: ODD), accessible at https://finance.yahoo.com/quote/ODD/history/?period1=1714521600&period2=1740787200 and last accessed on April 21, 2025.

8.      Attached hereto as **Exhibit 6** is a true and correct copy of information from the "Store Locator", which can be found webpage on the Il Makiage Israel website.  The NINGI report relied upon by Plaintiffs references the Il Makiage Israel website for the information provided in Amended Complaint ¶ 42.  (See Ex. 3 at 6.)  The webpage is accessible at https://www.ilmakiage.co.il/locator/?srsltid=AfmBOoquod_MztW-koOQqQFpch56QRiSRKZrHcCGhR1hPUXakNpbUoyY and last accessed on April 21, 2025.  The webpage is accompanied by a certified English language translation.

9.      Attached hereto as **Exhibit 7** is a true and complete copy of an Ynet article dated June 28, 2018, which is referenced in the Amended Complaint at ¶ 41.   The webpage is accessible at https://xnet.ynet.co.il/articles/0,7340,L-5297776,00.html and last accessed on April 21, 2025.

10.     I declare under penalty of perjury that the foregoing is true and complete, and that I executed this declaration on April 21, 2025, in New York, New York.

Dated:  April 21, 2025                               Respectfully Submitted,

                                                     /s/
                                                     Brent Byars

iii