**EXHIBIT 5**

# Oddity Tech Ltd. (ODD)

*finance.yahoo.com*/quote/ODD/history

NasdaqGM - Nasdaq Real Time Price • USD

⤵
Compare
40.15

-1.80

(-4.28%)

As of 10:59:10 AM EDT. Market Open.

Currency in USD

| Date | Open | High | Low | Close ⓘ | Adj Close ⓘ | Volume |
|---|---|---|---|---|---|---|
| Feb 28, 2025 | 45.30 | 48.20 | 44.24 | 47.62 | 47.62 | 751,600 |
| Feb 27, 2025 | 47.31 | 47.95 | 44.38 | 45.11 | 45.11 | 669,300 |
| Feb 26, 2025 | 46.31 | 48.00 | 42.81 | 45.35 | 45.35 | 1,240,000 |
| Feb 25, 2025 | 42.08 | 45.93 | 40.63 | 45.52 | 45.52 | 1,665,700 |
| Feb 24, 2025 | 44.04 | 44.22 | 42.49 | 43.16 | 43.16 | 438,700 |
| Feb 21, 2025 | 44.98 | 45.32 | 43.63 | 44.00 | 44.00 | 365,200 |
| Feb 20, 2025 | 43.81 | 44.58 | 43.16 | 44.17 | 44.17 | 172,300 |
| Feb 19, 2025 | 45.30 | 45.50 | 43.92 | 44.46 | 44.46 | 283,000 |
| Feb 18, 2025 | 43.38 | 46.00 | 43.00 | 44.50 | 44.50 | 431,500 |
| Feb 14, 2025 | 43.95 | 44.59 | 42.72 | 43.00 | 43.00 | 258,700 |
| Feb 13, 2025 | 41.58 | 43.79 | 41.44 | 43.66 | 43.66 | 382,200 |
| Feb 12, 2025 | 40.37 | 41.62 | 40.32 | 41.05 | 41.05 | 272,300 |
| Feb 11, 2025 | 41.92 | 42.69 | 41.32 | 41.48 | 41.48 | 218,000 |
| Feb 10, 2025 | 42.62 | 43.40 | 41.65 | 42.14 | 42.14 | 367,400 |
| Feb 7, 2025 | 46.40 | 46.72 | 40.84 | 42.61 | 42.61 | 1,079,600 |

| Date | Open | High | Low | Close ⓘ | Adj Close ⓘ | Volume |
|---|---|---|---|---|---|---|
| Feb 6, 2025 | 47.85 | 47.99 | 45.75 | 46.80 | 46.80 | 427,900 |
| Feb 5, 2025 | 48.41 | 48.41 | 46.87 | 47.75 | 47.75 | 362,300 |
| Feb 4, 2025 | 47.42 | 49.19 | 47.12 | 48.41 | 48.41 | 421,000 |
| Feb 3, 2025 | 45.91 | 48.45 | 45.84 | 47.43 | 47.43 | 462,200 |
| Jan 31, 2025 | 48.32 | 48.50 | 46.72 | 47.72 | 47.72 | 452,500 |
| Jan 30, 2025 | 46.00 | 46.96 | 45.27 | 46.87 | 46.87 | 323,600 |
| Jan 29, 2025 | 44.57 | 45.69 | 43.83 | 45.51 | 45.51 | 216,000 |
| Jan 28, 2025 | 43.62 | 45.23 | 43.13 | 44.57 | 44.57 | 255,700 |
| Jan 27, 2025 | 43.64 | 45.93 | 43.35 | 44.12 | 44.12 | 412,500 |
| Jan 24, 2025 | 44.41 | 46.48 | 43.45 | 44.31 | 44.31 | 342,400 |
| Jan 23, 2025 | 44.05 | 44.49 | 43.12 | 44.07 | 44.07 | 624,200 |
| Jan 22, 2025 | 45.00 | 45.39 | 44.07 | 44.48 | 44.48 | 635,600 |
| Jan 21, 2025 | 45.48 | 45.50 | 44.27 | 45.06 | 45.06 | 251,500 |
| Jan 17, 2025 | 44.63 | 45.12 | 43.70 | 44.87 | 44.87 | 297,600 |
| Jan 16, 2025 | 43.11 | 44.23 | 42.83 | 43.84 | 43.84 | 375,100 |
| Jan 15, 2025 | 43.96 | 43.96 | 42.58 | 43.41 | 43.41 | 422,600 |
| Jan 14, 2025 | 43.54 | 44.27 | 41.69 | 43.24 | 43.24 | 503,600 |
| Jan 13, 2025 | 44.37 | 44.37 | 42.38 | 43.17 | 43.17 | 517,700 |
| Jan 10, 2025 | 42.41 | 44.23 | 41.86 | 44.19 | 44.19 | 451,500 |
| Jan 8, 2025 | 43.01 | 43.47 | 41.51 | 43.36 | 43.36 | 437,300 |
| Jan 7, 2025 | 44.63 | 45.53 | 42.73 | 43.42 | 43.42 | 536,200 |
| Jan 6, 2025 | 43.28 | 44.50 | 41.93 | 43.47 | 43.47 | 425,200 |
| Jan 3, 2025 | 42.11 | 42.83 | 41.28 | 42.63 | 42.63 | 225,300 |
| Jan 2, 2025 | 43.21 | 43.26 | 42.10 | 42.14 | 42.14 | 342,900 |
| Dec 31, 2024 | 43.30 | 43.35 | 41.16 | 42.02 | 42.02 | 269,200 |

| Date | Open | High | Low | Close ⓘ | Adj Close ⓘ | Volume |
|---|---|---|---|---|---|---|
| Dec 30, 2024 | 42.57 | 43.24 | 41.61 | 42.88 | 42.88 | 188,100 |
| Dec 27, 2024 | 42.22 | 43.65 | 41.94 | 43.55 | 43.55 | 259,200 |
| Dec 26, 2024 | 44.04 | 44.73 | 43.27 | 43.48 | 43.48 | 391,000 |
| Dec 24, 2024 | 44.92 | 44.92 | 43.47 | 44.67 | 44.67 | 150,900 |
| Dec 23, 2024 | 44.82 | 45.10 | 43.43 | 44.58 | 44.58 | 370,000 |
| Dec 20, 2024 | 45.11 | 45.75 | 42.88 | 43.76 | 43.76 | 512,700 |
| Dec 19, 2024 | 46.49 | 46.93 | 44.26 | 45.62 | 45.62 | 352,600 |
| Dec 18, 2024 | 48.73 | 49.90 | 45.70 | 46.32 | 46.32 | 399,400 |
| Dec 17, 2024 | 49.71 | 49.84 | 48.20 | 48.39 | 48.39 | 705,200 |
| Dec 16, 2024 | 49.45 | 50.18 | 49.00 | 49.76 | 49.76 | 408,600 |
| Dec 13, 2024 | 49.66 | 50.72 | 46.32 | 49.45 | 49.45 | 596,200 |
| Dec 12, 2024 | 47.50 | 50.63 | 47.16 | 49.95 | 49.95 | 772,800 |
| Dec 11, 2024 | 49.25 | 49.50 | 47.25 | 47.51 | 47.51 | 235,300 |
| Dec 10, 2024 | 50.15 | 50.15 | 48.16 | 48.69 | 48.69 | 480,500 |
| Dec 9, 2024 | 48.95 | 51.00 | 48.37 | 49.55 | 49.55 | 1,120,100 |
| Dec 6, 2024 | 45.40 | 48.17 | 44.84 | 47.92 | 47.92 | 564,000 |
| Dec 5, 2024 | 45.91 | 46.99 | 44.26 | 44.49 | 44.49 | 203,500 |
| Dec 4, 2024 | 44.80 | 46.31 | 44.80 | 45.52 | 45.52 | 292,600 |
| Dec 3, 2024 | 44.39 | 44.88 | 43.69 | 44.84 | 44.84 | 231,900 |
| Dec 2, 2024 | 46.25 | 46.63 | 44.74 | 44.85 | 44.85 | 402,400 |
| Nov 29, 2024 | 46.34 | 46.90 | 45.79 | 46.46 | 46.46 | 152,000 |
| Nov 27, 2024 | 47.34 | 47.88 | 45.57 | 46.26 | 46.26 | 159,000 |
| Nov 26, 2024 | 47.00 | 47.60 | 45.21 | 46.81 | 46.81 | 533,800 |
| Nov 25, 2024 | 45.86 | 48.15 | 45.62 | 48.05 | 48.05 | 1,190,800 |
| Nov 22, 2024 | 43.27 | 45.69 | 43.27 | 45.56 | 45.56 | 746,100 |

| Date | Open | High | Low | Close ⓘ | Adj Close ⓘ | Volume |
|---|---|---|---|---|---|---|
| Nov 21, 2024 | 40.73 | 43.35 | 40.29 | 43.12 | 43.12 | 542,400 |
| Nov 20, 2024 | 40.78 | 40.78 | 39.81 | 40.31 | 40.31 | 197,200 |
| Nov 19, 2024 | 39.56 | 40.66 | 38.84 | 40.50 | 40.50 | 243,700 |
| Nov 18, 2024 | 39.75 | 40.62 | 39.37 | 39.71 | 39.71 | 359,100 |
| Nov 15, 2024 | 42.39 | 42.56 | 39.47 | 39.75 | 39.75 | 576,500 |
| Nov 14, 2024 | 43.39 | 44.00 | 41.75 | 42.39 | 42.39 | 1,061,600 |
| Nov 13, 2024 | 45.91 | 46.46 | 44.10 | 44.61 | 44.61 | 276,300 |
| Nov 12, 2024 | 46.14 | 46.49 | 44.99 | 45.70 | 45.70 | 340,300 |
| Nov 11, 2024 | 45.25 | 47.08 | 44.27 | 46.22 | 46.22 | 599,700 |
| Nov 8, 2024 | 42.56 | 46.24 | 42.14 | 45.94 | 45.94 | 660,500 |
| Nov 7, 2024 | 43.60 | 44.35 | 40.06 | 42.11 | 42.11 | 778,800 |
| Nov 6, 2024 | 43.00 | 44.17 | 41.96 | 43.44 | 43.44 | 746,500 |
| Nov 5, 2024 | 40.13 | 42.43 | 39.69 | 42.33 | 42.33 | 405,900 |
| Nov 4, 2024 | 38.11 | 40.06 | 37.52 | 39.92 | 39.92 | 235,400 |
| Nov 1, 2024 | 38.58 | 39.15 | 37.76 | 38.07 | 38.07 | 268,100 |
| Oct 31, 2024 | 38.89 | 39.27 | 37.57 | 38.39 | 38.39 | 200,100 |
| Oct 30, 2024 | 39.39 | 39.91 | 38.77 | 39.24 | 39.24 | 119,200 |
| Oct 29, 2024 | 39.21 | 40.33 | 38.92 | 39.66 | 39.66 | 120,900 |
| Oct 28, 2024 | 38.53 | 40.37 | 38.50 | 39.70 | 39.70 | 173,600 |
| Oct 25, 2024 | 39.13 | 39.13 | 37.51 | 38.00 | 38.00 | 333,500 |
| Oct 24, 2024 | 39.05 | 39.50 | 38.56 | 38.78 | 38.78 | 90,300 |
| Oct 23, 2024 | 38.90 | 39.41 | 38.43 | 39.01 | 39.01 | 175,900 |
| Oct 22, 2024 | 39.86 | 40.28 | 38.92 | 39.07 | 39.07 | 167,900 |
| Oct 21, 2024 | 40.85 | 41.00 | 39.61 | 40.00 | 40.00 | 187,900 |
| Oct 18, 2024 | 40.58 | 41.19 | 40.50 | 40.92 | 40.92 | 122,400 |

| Date | Open | High | Low | Close ⓘ | Adj Close ⓘ | Volume |
|---|---|---|---|---|---|---|
| Oct 17, 2024 | 41.75 | 41.75 | 40.07 | 40.64 | 40.64 | 107,600 |
| Oct 16, 2024 | 41.35 | 41.96 | 40.85 | 41.19 | 41.19 | 185,500 |
| Oct 15, 2024 | 39.77 | 42.17 | 39.40 | 41.48 | 41.48 | 300,900 |
| Oct 14, 2024 | 40.80 | 40.80 | 39.89 | 40.16 | 40.16 | 161,200 |
| Oct 11, 2024 | 39.26 | 40.79 | 39.23 | 40.76 | 40.76 | 360,700 |
| Oct 10, 2024 | 39.80 | 39.81 | 38.63 | 39.21 | 39.21 | 146,000 |
| Oct 9, 2024 | 39.70 | 40.01 | 38.64 | 39.95 | 39.95 | 240,800 |
| Oct 8, 2024 | 39.64 | 40.45 | 39.51 | 39.69 | 39.69 | 104,000 |
| Oct 7, 2024 | 41.03 | 41.05 | 38.88 | 39.94 | 39.94 | 285,000 |
| Oct 4, 2024 | 40.43 | 41.44 | 40.37 | 41.18 | 41.18 | 151,800 |
| Oct 3, 2024 | 39.59 | 40.92 | 39.22 | 39.83 | 39.83 | 219,800 |
| Oct 2, 2024 | 41.01 | 41.61 | 39.86 | 39.87 | 39.87 | 303,600 |
| Oct 1, 2024 | 40.25 | 41.36 | 39.74 | 40.84 | 40.84 | 514,100 |
| Sep 30, 2024 | 39.89 | 41.18 | 39.53 | 40.38 | 40.38 | 583,000 |
| Sep 27, 2024 | 38.83 | 40.02 | 38.83 | 39.72 | 39.72 | 537,300 |
| Sep 26, 2024 | 37.74 | 38.85 | 37.47 | 38.61 | 38.61 | 355,500 |
| Sep 25, 2024 | 35.19 | 37.16 | 34.97 | 36.97 | 36.97 | 656,000 |
| Sep 24, 2024 | 35.68 | 36.43 | 34.99 | 35.22 | 35.22 | 901,700 |
| Sep 23, 2024 | 35.57 | 35.82 | 34.99 | 35.32 | 35.32 | 289,400 |
| Sep 20, 2024 | 36.62 | 36.82 | 35.28 | 35.58 | 35.58 | 590,400 |
| Sep 19, 2024 | 37.19 | 37.60 | 36.26 | 36.30 | 36.30 | 421,800 |
| Sep 18, 2024 | 35.32 | 36.87 | 35.32 | 36.53 | 36.53 | 242,900 |
| Sep 17, 2024 | 34.85 | 35.35 | 34.63 | 35.26 | 35.26 | 243,200 |
| Sep 16, 2024 | 35.15 | 35.53 | 34.57 | 34.81 | 34.81 | 298,500 |
| Sep 13, 2024 | 35.40 | 36.00 | 34.55 | 35.14 | 35.14 | 382,900 |

| Date | Open | High | Low | Close ⓘ | Adj Close ⓘ | Volume |
|---|---|---|---|---|---|---|
| Sep 12, 2024 | 33.14 | 35.46 | 33.05 | 35.40 | 35.40 | 976,900 |
| Sep 11, 2024 | 33.44 | 33.50 | 32.71 | 32.96 | 32.96 | 529,300 |
| Sep 10, 2024 | 33.02 | 34.11 | 32.80 | 33.53 | 33.53 | 261,300 |
| Sep 9, 2024 | 33.93 | 34.32 | 32.99 | 33.13 | 33.13 | 510,200 |
| Sep 6, 2024 | 34.72 | 35.09 | 33.58 | 33.82 | 33.82 | 556,400 |
| Sep 5, 2024 | 35.61 | 36.28 | 34.92 | 34.95 | 34.95 | 186,900 |
| Sep 4, 2024 | 35.77 | 36.89 | 35.21 | 35.62 | 35.62 | 205,800 |
| Sep 3, 2024 | 36.80 | 36.80 | 35.10 | 36.06 | 36.06 | 565,300 |
| Aug 30, 2024 | 36.41 | 36.86 | 35.22 | 36.80 | 36.80 | 432,900 |
| Aug 29, 2024 | 36.45 | 36.90 | 36.11 | 36.23 | 36.23 | 650,600 |
| Aug 28, 2024 | 36.50 | 36.81 | 35.89 | 36.45 | 36.45 | 667,500 |
| Aug 27, 2024 | 37.40 | 37.54 | 36.47 | 36.77 | 36.77 | 260,500 |
| Aug 26, 2024 | 37.95 | 38.05 | 36.76 | 37.29 | 37.29 | 299,100 |
| Aug 23, 2024 | 38.94 | 39.19 | 37.76 | 38.04 | 38.04 | 194,100 |
| Aug 22, 2024 | 39.73 | 40.09 | 38.23 | 38.42 | 38.42 | 455,000 |
| Aug 21, 2024 | 40.25 | 40.63 | 39.41 | 39.84 | 39.84 | 562,800 |
| Aug 20, 2024 | 41.06 | 41.89 | 40.00 | 40.02 | 40.02 | 201,300 |
| Aug 19, 2024 | 39.82 | 41.00 | 39.74 | 40.82 | 40.82 | 202,100 |
| Aug 16, 2024 | 40.68 | 40.86 | 39.75 | 39.83 | 39.83 | 371,400 |
| Aug 15, 2024 | 39.81 | 40.80 | 39.63 | 40.66 | 40.66 | 211,300 |
| Aug 14, 2024 | 39.50 | 40.01 | 38.29 | 39.36 | 39.36 | 226,100 |
| Aug 13, 2024 | 38.51 | 39.26 | 37.83 | 39.19 | 39.19 | 469,800 |
| Aug 12, 2024 | 38.00 | 38.57 | 37.54 | 38.01 | 38.01 | 258,700 |
| Aug 9, 2024 | 38.95 | 38.95 | 36.73 | 37.85 | 37.85 | 529,100 |
| Aug 8, 2024 | 40.04 | 42.81 | 37.77 | 38.60 | 38.60 | 914,100 |

| Date | Open | High | Low | Close ⓘ | Adj Close ⓘ | Volume |
|---|---|---|---|---|---|---|
| Aug 7, 2024 | 41.99 | 42.30 | 40.08 | 40.70 | 40.70 | 1,145,100 |
| Aug 6, 2024 | 38.36 | 41.79 | 38.08 | 41.13 | 41.13 | 532,000 |
| Aug 5, 2024 | 35.65 | 38.28 | 35.65 | 38.02 | 38.02 | 361,000 |
| Aug 2, 2024 | 38.39 | 38.87 | 37.37 | 38.49 | 38.49 | 248,300 |
| Aug 1, 2024 | 40.42 | 40.67 | 38.93 | 39.61 | 39.61 | 459,800 |
| Jul 31, 2024 | 39.70 | 40.81 | 39.60 | 40.44 | 40.44 | 361,000 |
| Jul 30, 2024 | 39.78 | 40.06 | 38.85 | 39.54 | 39.54 | 199,800 |
| Jul 29, 2024 | 41.66 | 41.92 | 40.01 | 40.12 | 40.12 | 251,300 |
| Jul 26, 2024 | 41.57 | 42.48 | 41.21 | 41.60 | 41.60 | 578,000 |
| Jul 25, 2024 | 38.73 | 41.81 | 38.31 | 41.16 | 41.16 | 278,600 |
| Jul 24, 2024 | 39.52 | 39.79 | 38.61 | 39.10 | 39.10 | 203,300 |
| Jul 23, 2024 | 39.44 | 40.50 | 39.19 | 39.67 | 39.67 | 252,500 |
| Jul 22, 2024 | 40.68 | 40.68 | 38.85 | 39.45 | 39.45 | 359,100 |
| Jul 19, 2024 | 39.09 | 40.69 | 39.08 | 40.12 | 40.12 | 454,200 |
| Jul 18, 2024 | 42.61 | 43.71 | 39.93 | 40.02 | 40.02 | 336,000 |
| Jul 17, 2024 | 43.11 | 44.44 | 42.85 | 43.18 | 43.18 | 344,200 |
| Jul 16, 2024 | 42.42 | 44.40 | 42.22 | 44.24 | 44.24 | 284,900 |
| Jul 15, 2024 | 42.36 | 43.19 | 41.72 | 43.08 | 43.08 | 292,000 |
| Jul 12, 2024 | 41.00 | 42.70 | 41.00 | 42.12 | 42.12 | 370,600 |
| Jul 11, 2024 | 40.75 | 41.40 | 39.44 | 41.14 | 41.14 | 415,600 |
| Jul 10, 2024 | 40.50 | 40.51 | 39.11 | 39.95 | 39.95 | 321,000 |
| Jul 9, 2024 | 40.54 | 40.62 | 39.20 | 40.46 | 40.46 | 338,100 |
| Jul 8, 2024 | 41.34 | 41.90 | 39.64 | 40.41 | 40.41 | 346,800 |
| Jul 5, 2024 | 40.72 | 41.41 | 40.20 | 41.17 | 41.17 | 296,600 |
| Jul 3, 2024 | 40.88 | 42.43 | 40.49 | 40.73 | 40.73 | 317,700 |

| Date | Open | High | Low | Close ⓘ | Adj Close ⓘ | Volume |
|---|---|---|---|---|---|---|
| Jul 2, 2024 | 38.96 | 40.97 | 38.70 | 40.92 | 40.92 | 446,000 |
| Jul 1, 2024 | 39.68 | 40.27 | 38.65 | 39.17 | 39.17 | 728,200 |
| Jun 28, 2024 | 39.14 | 39.60 | 38.26 | 39.26 | 39.26 | 537,000 |
| Jun 27, 2024 | 37.95 | 39.20 | 37.76 | 39.09 | 39.09 | 483,100 |
| Jun 26, 2024 | 38.31 | 39.17 | 38.18 | 38.72 | 38.72 | 370,300 |
| Jun 25, 2024 | 38.97 | 39.71 | 38.07 | 38.59 | 38.59 | 339,300 |
| Jun 24, 2024 | 39.59 | 39.63 | 37.53 | 39.06 | 39.06 | 854,500 |
| Jun 21, 2024 | 39.84 | 40.02 | 38.74 | 39.43 | 39.43 | 462,500 |
| Jun 20, 2024 | 39.13 | 40.67 | 38.99 | 39.97 | 39.97 | 583,300 |
| Jun 18, 2024 | 38.00 | 39.78 | 37.77 | 38.96 | 38.96 | 771,800 |
| Jun 17, 2024 | 39.99 | 40.25 | 38.04 | 38.12 | 38.12 | 759,700 |
| Jun 14, 2024 | 40.63 | 40.86 | 39.40 | 39.76 | 39.76 | 623,400 |
| Jun 13, 2024 | 42.60 | 43.12 | 40.71 | 40.91 | 40.91 | 595,100 |
| Jun 12, 2024 | 44.90 | 45.00 | 42.14 | 42.30 | 42.30 | 788,800 |
| Jun 11, 2024 | 43.21 | 45.04 | 43.21 | 43.79 | 43.79 | 795,900 |
| Jun 10, 2024 | 44.09 | 45.25 | 42.94 | 43.64 | 43.64 | 1,118,300 |
| Jun 7, 2024 | 40.93 | 46.11 | 40.88 | 44.31 | 44.31 | 3,562,300 |
| Jun 6, 2024 | 36.44 | 37.04 | 36.01 | 36.76 | 36.76 | 539,300 |
| Jun 5, 2024 | 35.51 | 36.51 | 35.02 | 36.50 | 36.50 | 364,300 |
| Jun 4, 2024 | 35.99 | 36.03 | 34.94 | 35.13 | 35.13 | 815,200 |
| Jun 3, 2024 | 36.39 | 36.46 | 35.49 | 36.27 | 36.27 | 360,500 |
| May 31, 2024 | 36.22 | 36.52 | 35.34 | 35.91 | 35.91 | 528,100 |
| May 30, 2024 | 36.21 | 36.58 | 35.85 | 36.16 | 36.16 | 362,200 |
| May 29, 2024 | 36.00 | 36.58 | 35.51 | 36.11 | 36.11 | 363,400 |
| May 28, 2024 | 37.06 | 37.09 | 35.77 | 36.33 | 36.33 | 620,000 |

| Date | Open | High | Low | Close ⓘ | Adj Close ⓘ | Volume |
|---|---|---|---|---|---|---|
| May 24, 2024 | 36.67 | 37.52 | 36.43 | 36.68 | 36.68 | 567,300 |
| May 23, 2024 | 37.51 | 38.06 | 36.00 | 36.67 | 36.67 | 753,400 |
| May 22, 2024 | 37.80 | 38.35 | 36.78 | 37.28 | 37.28 | 1,241,300 |
| May 21, 2024 | 33.53 | 38.23 | 33.52 | 37.97 | 37.97 | 5,618,700 |
| May 20, 2024 | 42.89 | 42.89 | 40.46 | 40.99 | 40.99 | 877,600 |
| May 17, 2024 | 43.61 | 43.61 | 42.03 | 42.37 | 42.37 | 1,172,200 |
| May 16, 2024 | 43.51 | 44.42 | 42.75 | 43.60 | 43.60 | 956,300 |
| May 15, 2024 | 43.35 | 44.10 | 42.63 | 43.68 | 43.68 | 878,000 |
| May 14, 2024 | 39.44 | 43.45 | 39.33 | 43.30 | 43.30 | 1,880,100 |
| May 13, 2024 | 36.38 | 39.17 | 36.38 | 39.11 | 39.11 | 877,800 |
| May 10, 2024 | 38.11 | 38.26 | 36.09 | 37.18 | 37.18 | 775,300 |
| May 9, 2024 | 36.18 | 38.25 | 35.72 | 38.01 | 38.01 | 1,037,800 |
| May 8, 2024 | 35.44 | 37.11 | 34.51 | 36.49 | 36.49 | 2,562,300 |
| May 7, 2024 | 32.12 | 33.14 | 30.34 | 31.26 | 31.26 | 2,213,600 |
| May 6, 2024 | 33.65 | 34.10 | 32.30 | 32.31 | 32.31 | 1,286,600 |
| May 3, 2024 | 34.46 | 34.81 | 33.45 | 33.60 | 33.60 | 1,211,800 |
| May 2, 2024 | 33.40 | 34.14 | 32.50 | 33.66 | 33.66 | 883,500 |
| May 1, 2024 | 32.34 | 33.75 | 32.34 | 32.90 | 32.90 | 640,600 |

## Related Tickers

DLO DLocal Limited

**8.69**
-0.17%

IOT Samsara Inc.

**36.11**
-3.76%

KSPI Joint Stock Company Kaspi.kz

**82.34**
-3.79%

MQ Marqeta, Inc.

**3.7500**
-1.83%

QLYS Qualys, Inc.

**118.72**
-1.58%

FOUR Shift4 Payments, Inc.

**74.91**
-2.39%

KVYO Klaviyo, Inc.

**24.77**
-3.43%

CLBT Cellebrite DI Ltd.

**18.10**
-4.23%

CYBR CyberArk Software Ltd.

**313.10**
-3.91%

OS OneStream, Inc.

**18.67**
-5.04%

- My portfolios
  Sign in to access your portfolio

  Sign in

- <u>Top economic events</u>

  - Mortgage Market Index

    Apr 23, 2025, 7:00 AM EDT
    Prior: 267.5

    New: -

  - MBA 30-Yr Mortgage Rate

    Apr 23, 2025, 7:00 AM EDT
    Prior: 6.81

    New: -

  - Initial Jobless Clm

    Apr 24, 2025, 8:30 AM EDT
    Prior: 215

    New: -

  - Existing Home Sales

    Apr 24, 2025, 10:00 AM EDT
    Prior: 4.26

    New: -

<u>Terms</u> and <u>Privacy Policy</u>
<u>Privacy Dashboard</u>

Oddity Tech Ltd. (ODD) Stock Historical Prices & Data - Yahoo Finance