# EXHIBIT 6



משלוח מהיום למחר למזמינות עד 14:00

IL MAKIAGE
NEW YORK

התחברות ♡ 🛍   מוצרי איפור   BEST SELLERS   בית הספר הגבוה לאיפור   IL MAKIAGE X EDEN FINES   סדנת TOUCH UP   מאפרת עד הבית

# מצאי את הסניף הקרוב לביתך





חפשו שם של עיר

**חיפוש**

התמונות נפתחות בהתאם להנחיות פיקוד העורף וייתכנו שינויים בשעות הפתיחה

| | |
|---|---|
| + | **איילון - 56** \| איילון - 56 |
| + | **אייסמול אילת - 53** \| אייסמול אילת - 53 |
| + | **אשקלון גירון- 48** \| אשקלון גירון - 48 |
| + | **בני ברק - 76** \| בני ברק - 76 |
| + | **בת ים - 16** \| בת ים - 16 |
| + | **גבעתיים - 29** \| גבעתיים - 29 |
| + | **גרנד ב"ש - 40** \| גרנד ב"ש - 40 |
| + | **גרנד חיפה - 20** \| גרנד חיפה - 20 |
| + | **החרש מכללת תל אביב- 15** \| החרש מכללת תל אביב - 15 |
| + | **הנגב ב"ש - 39** \| הנגב ב"ש - 39 |
| + | **חדרה - 38** \| חדרה - 38 |
| + | **חדרה מול החוף וילג - 88** \| חדרה מול החוף וילג - 88 |
| + | **חולון - 25** \| חולון - 25 |



# WANT MORE?

**GET 10% OFF**

בואי נעלה שלב ביחסים.
השאירי לנו את המייל שלך ואנחנו נדאג לעדכן אותך בכל מה שחשוב וכמובן תקבלי 10%
הנחה לקנייה הראשונה שלך באתר!

על ידי לחיצה על "שלחי" הנך מאשרת קבלת דיוור

| שלחי | הכניסי כתובת מייל |
|---|---|

בתי ספר   חנויות   צרי קשר   דרושים   הסיפור שלנו   תקנונים   משלוחים והחזרות   פרטיות   ביטול עסקה   נגישות

©IL MAKIAGE cosmetics ltd. All worldwide rights reserved,

היי 👋,
כיצד נוכל לסייע לך?

+ אויילון - 56 | אויילון - 56

+ אייסמול אילת - 53 | אייסמול אילת - 53

+ אשקלון גירון - 48 | אשקלון גירון - 48

+ בני ברק - 76 | בני ברק - 76

+ בת ים - 16 | בת ים - 16

+ גבעתיים - 29 | גבעתיים - 29

+ גרנד ב"ש - 40 | גרנד ב"ש - 40

+ גרנד חיפה - 20 | גרנד חיפה - 20

+ החרש מכללת תל אביב- 15 | החרש מכללת תל אביב - 15

+ הנגב ב"ש - 39 | הנגב ב"ש - 39

+ חדרה - 38 | חדרה - 38

+ חדרה מול החוף וילג - 88 | חדרה מול החוף וילג - 88

+ חולון - 25 | חולון - 25

+ חיפה עזריאלי - 42 | חיפה עזריאלי - 42

+ טבריה - 26 | טבריה - 26

+ ירכא - 86 | ירכא - 86

+ כפר סבא 28 - G | כפר סבא 28 - G

+ כפר סבא ערים - 18 | כפר סבא ערים - 18

+ כרמיאל - 57 | כרמיאל - 57

+ מודיעין - 84 | מודיעין - 84

+ מלחה ירושלים- 41 | מלחה ירושלים - 41

+ נצרת - 35 | נצרת - 35

+ נתניה השרון - 27 | נתניה השרון - 27

+ סביונים יהוד - 46 | סביונים יהוד - 46

+ סחנין - 85 | סחנין - 85

+ עזריאלי ת"א - 51 | עזריאלי ת"א - 51

+ עיר ימים נתניה - 37 | עיר ימים נתניה - 37

+ פתח תקווה - 30 | פתח תקווה - 30

+ צ'ק פוסט - 82 | צ'ק פוסט - 82

+ קניון הדר ירושלים- 33 | קניון הדר ירושלים - 33

+ קניון הזהב - 23 | קניון הזהב - 23

+ קריון קרית ביאליק- 19 | קריון קרית ביאליק- 19

+ קריית אונו - 47 | קריית אונו - 47

+ קרית אתא - 31 | קרית אתא - 31

+   **ראשונים ראשון לציון - 49|** ראשונים ראשון לציון - 49

+   **רוטשילד ראשון לציון - 55|** רוטשילד ראשון לציון - 55

+   **רחובות - 11|** רחובות - 11

+   **רמלה - 32|** רמלה - 32

+   **רננים רעננה - 50|** רננים רעננה - 50

+   **שבעת הכוכבים הרצליה - 21|** שבעת הכוכבים הרצליה - 21

+   **תא סנטר - 14|** תא סנטר - 14

+   **אילת מול הים - 22|** אילת מול הים - 22

+   **ביג גלילות - 79|** ביג גלילות - 79

+   **רמת אביב - 24|** רמת אביב - 24

+   **סימול אשדוד 58|** סימול אשדוד - 58

**TRANSLATED TEXT**



STATE OF NEW YORK
COUNTY OF NEW YORK

## **CERTIFICATION**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true

and accurate translation from Hebrew into English of the attached webpage.

Signed by:

*Lynda Green*

F8F952868FF342A...

Lynda Green, Language Production Group Manager
Lionbridge

18 April 2025 | 16:49 EDT

Ease of Access symbol: Ease of Access Button

Il Makiage - Experts in professional makeup studies and owners of the best products in the world
Menu

.

.

Sign in

| E-mail |
| Password |

Forgot your password?

| Sign In |

Sign in with Facebook

Not registered yet? Register

Register

· | Personal Name |
| Family Name |
· | E-mail Address |
· ○ | Password |
| Confirm Password |
| Phone |

[AI Assisted chat box: Hi [emoji]

How can we help you?]

- * Birth Date
  | Day ↓ |
  | Month ↓ |
  | Year ↓ |

- ○ [Checked Box] I confirm receipt of marketing information, updates and benefits. The birthday benefit is conditional on this approval.
- ○ [Unchecked box]  I agree to and accept* the privacy terms and policy*
- .
  | Sign Up |

Do you have an account? Log in

Il Makiage - Experts in professional makeup studies and owners of the best products in the world

Sign In

.

Shopping Cart

You have NIS 299 left until free shipping
So much fun you got free shipping
You have ₪350 left up to a surprise gift
So much fun, you won a gift + free shipping

| |
| |



Surprise gift
Free shipping

[AI Assisted chat box: Hi [emoji]

How can we help you?]

[AI Assisted chat box: Hi [emoji]

How can we help you?]

Ease of Access symbol: Ease of Access Button

- Makeup Products

Facial Makeup
- o Concealer
- o Make Up
- o Powder
- o Blusher
- o Bronzer
- o Shimmer
- o Primer
- o Face Brushes
- o Corrector

Eye Makeup
- o Mascara
- o Eyeshadows
- o Eye Pencils
- o Eyeliner
- o Eyebrows
- o Eyelashes
- o Eye Brushes

Lip Makeup
- o Lipsticks
- o Lip Pencils
- o Lip Glosses
- o Volumizing Lip Glosses

Make Up Brushes
- o Face Brushes
- o Eye Brushes
- o Lip Brushes

Skincare
- o Bronzing Mousse
- o Serum

[AI Assisted chat box: Hi [emoji]

How can we help you?]

Ease of Access symbol: Ease of Access Button

Skincare
- o Bronzing Mousse

- o  Serum
- o  Moisturizing Cream
- o  Lip Moisturizers

It's no fun to see an                                                      empty cart – [blue text- illegible]
power lift

- o  Peeling
- o  Power redo –                                                         wrinkle filler

Accessories
Powermatch Quiz
Best sellers
Makeup High School
# IL MAKIAGE X EDEN
# TOUCH UP
Makeup artist to your

| |
|---|
| Best Sellers |
| Make Up Products |
| |
| All Skincare Products |
| Bronzing Mousse |
| Serum |
| Moisturizing Cream |
| Lip Moisturizer |
| |
| 4. Facial Make Up |
| |
| All Facial Makeup Products |
| Concealer |
| Corrector |
| Make Up |
| Powder |
| Bronzer |
| Blusher |
| Shimmer |
| Primer |
| Brushes |
| |
| All Eye Makeup Products |
| BLACK CARD |
| Mascara |
| Eyeshadows |
| Eye Pencil |
| Eyeliner |
| Eyebrows |
| Eyelashes |

FINES

home

[AI Assisted chat box: Hi [emoji]

How can we help you?]

| | |
|---|---|
| Search | |
| Search | |

Upsell product image [overlayed blue text illegible]
Woke up like this foundation Full coverage Make-Up – 30 m"l
        [overlayed blue text illegible]
Shade #10
Shade #05
Shade #10
Shade #15
Shade #20
Shade #25
Shade #30
Shade #35
Shade #40
Shade #45
Shade #50
Shade #55
Shade #60
Shade #65
Shade #70
Shade #75
Shade #80
Shade #85
Shade #90
Shade #95
Shade #100

Brushes

6. Make Up for Lips
All lips make up products
Lipstick
Glosses
Lip Pencils
Lip Brushes

7. Brushes
All make up brush products
Face brushes
Eye brushes
Lip Brushes

Accessories
[Illegible]
EDEN FINES

Upsell product image
POWER LIFT PLUMPING CREAM

Anti-aging cream – with collagen for filling cover [illegible]

Price
Vegan collagen + Retinol + Adenosine

1. NIS 0-100
2. NIS 100-200
3. NIS 200-300
4. NIS 300-400
5. NIS over 400

Add to cart

Upsell product image
No Filler Primer Silicone Primer – 25 ml

1. Matte
2. Radiant
3. Satin
4. Sheer

NIS 299

[AI Assisted chat box: Hi [emoji]

How can we help you?]

Ease of Access symbol: Ease of Access Button

Find the nearest store to your home

| • | Look up by city name |
|---|---|
| • | Search |

The stores are opening in accordance with the instructions of the Home Front Command and there may be changes in the opening hours.

**Ayalon 56** – Ayalon 56
Address:
301 Abba Hillel Silver Ramat Gan
035420233

**Ice Mall Eilat  53** – Ice Mall Eilat 53
Address:
8 Kampan, Eilat

**Giron Ashkelon 48** – Giron Ashkelon 48
Address:
21 Ben Gurion Avenue, Ashkelon
086845294

[AI Assisted chat box: Hi [emoji]

How can we help you?]

**Bnei Brak 76** – Beni Brak 76
Address:
36 Rabbi Akiva
035420558

**Bat Yam 16** – Bat Yam 16
Address:
92 Yoseftal, Bat Yam
035420232

**Givatayim 26** – Givatayim 26
Address:
53 Itzhak Rabin Road, Givatayim
035710901

**Grand B"S 40** – Grand B"S 40
Address:

125 Toviahu Road, Beer Sheva
035420252

40

[AI Assisted chat box: Hi [emoji]

How can we help you?]

**Grand Haifa 20** – Grand Haifa 20
Address:
54 Simha Golan, Haifa
046796953

20

**HaHeresh Tel Aviv College 15 –** HaHeresh Tel Aviv College 15
Address:
8 HaHeresh, Tel Aviv
035420231

15

**HaNegev B"S 39 –** HaNegen B"S 39
Address:
Presidents' Avenue
086236483

39

**Hadera 38 –** Hadera 38
Address:
40 Rothschild Hadera
035420250

[AI Assisted chat box: Hi [emoji]

How can we help you?]

**Hadera Beach Village Mall 88 –** Hadera Beach Village Mall 88
Address:
10 Dan Shechterman. Hadera

88

**Holon 25 –** Holon 25
Address:
7 Golda Meir, Holon
035420241

25

**Azrieli Haifa 42 –** Azrieli Haifa 42
Address:
4 Moshe Flyman Road Haifa
035420236

42

**Tiberias 26 –** Tiberias 26
Address:
1 Yehuda Halevi, Tiberias
035420242

26

[AI Assisted chat box: Hi [emoji]

How can we help you?]

**Yarka 86 –** Yarka 86
Address:
Yarka Outlet Mall
0722748888

86

**G Kfar Saba 28 –** G Kfar Saba 28
Address:
207 Weitzman, Kfar Saba
098857149

28

**Arim Kfar Saba 18 –** Arim Kfar Saba 18
Address:
14 Berl Katznelson, Kfar Saba
035420234

18

**Carmiel 57 –** Carmiel 57
Address:
Big Carmiel, 2 Maale HaKamon, Tikshuv Building, Carmiel
035420212

57

[AI Assisted chat box: Hi [emoji]

How can we help you?]

**Modiin 84 –** Modiin 84
Address:
2 Lev Hair, Modiin Maccabim Reut
035420258

**Malha Jerusalem 41 –** Malha Jerusalem 41
Address:
1 Beitar Sports Association Road, Jerusalem
035420511

**Nazareth 35 –** Nazareth 35
Address:
53 Taufiq Zaid Hair, Nazareth
035420526

**Netanya HaSharon 27 –** Netanya HaSharon 27
Address:
60 Hertzl, Netanya
035420243

[AI Assisted chat box: Hi [emoji]

How can we help you?]

**Savionim Yehud 46 –** Savionim Yehuda 46
Address:
3 Moshe Dayan Road, Yehud
035420253

**Sachnin 85 –** Sachnin 85
Address:

805 Al Jallil, Sachnin
<u>053-8851331</u>

85

**Azrieli T"A 51 –** Azrieli T"A 51
Address:
132 Menachem Begin Road, Tel Aviv
<u>035420508</u>

51

**Ir Yamim Mall Netanya 37 –** Ir Yamim Mall Netanya 37
Address:
2 Benny Berman, Netanya
<u>035420521</u>

37

[AI Assisted chat box: Hi [emoji]

How can we help you?]

**Petah Tikvah 30 –** Petah Tikvah 30
Address:
72 Zeev Jabotinsky, Petah Tikvah
<u>035420546</u>

<u>30</u>

**Check Post 82 –** Check Post 82
Address:
45 HaHistadrut Avenue, C-Mall Lev Hamiftratz Floor
<u>035420524</u>

<u>82</u>

**Hadar Mall Jerusalem 33 –** Hadar Mall Jerusalem 33
Address:
26 Fair King General, Jerusalem
<u>025004385</u>

33

**Gold Mall 23 –** Gold Mall 23
Address:
21 David Saharov, Rishon LeZion – Ground Floor
035420239

23

[AI Assisted chat box: Hi [emoji]

How can we help you?]

**Kiriat Bialik Mall 19 –** Kiriat Bialik Mall 3193
Address:
192 Acre Road, Kiriat Bialik
048754959

19

**Kiriat Ono 47 –** Kiriat Ono 47
Address:
37 King Shlomo, Kiriat Ono
025004359

47

**Kiriat Ata 31 –** Kiriat Ata 31
Address:
52 Haifa Road, Kiriat Ata
046317721

31

**Rishonim Rishon LeZion 49 –** Rishonim Rishon LeZion 49
Address:
2 Nim Avenue, Rishon LeZion
035420545

49

**Rothschild Rishon LeZion 55 –** Rothschild Rishon LeZion 55
Address:
45 Rothschild, Rishon LeZion
035420240

55

**Rehovot 11 –** Rehovot 11
Address:
2 Bilu, Rehovot
089348266

11

**Ramle 32 –** Ramle 32
Address:
1 Raziel Avenue, Ramle
088699052

32

**Rananim Raanana 50–** Rananim Raanana 50
Address:
2 HaMelacha, Raanana
035420228

50

**Shivat HaKochavim Hertzliah 21–** Shivat HaKochavim Hertzliah 21
Address:
8 Shivat HaKochavim Avenue, Hertzliah
099509107

21

**TA Center 12–** TA Center 14
Address:
50 Dizengoff, Tel Aviv
036349805

14

**By The Beach Eilat 22–** By The Beach Eilat 22
Address:
1 HaPalmach, Eilat
035420238

22

**Big Glilot 79–** Big Glilot 79
Address:
Big Glilot Compound
03-5420207

79

**Ramat Aviv 24–** Ramat Aviv 24
Address:
Ramat Aviv Mall - Tel Aviv
036349805

24

**Sea Mall Ashdod 58–** Sea Mall Ashdod 58
Address:
6 HaGdud HaIvri, Ashdod

C-Mall 58

Want more?

Get 10% off

Let's take the relationship up a notch.

Leave us your email and we will make sure to update you on everything that is important and of course you will receive a 10% discount on your next purchase on the site!

By clicking "Send" button you confirm receipt of mailings.

| Insert e-mail address | Send |
| --- | --- |

- Schools
- Stores

- Contact Us
- Employment
- Our Story
- Regulations
- Shipping and returns
- Privacy
- Order cancellation

[AI Assisted chat box: Hi [emoji]

How can we help you?]

[Illegible, under the help box]
Developed by Joomi Designed by koniak



אייל מקיאג' - מומחים ללימודי איפור מקצועיים ובעלי המוצרים הטובים בעולם
תפריט

- 
- 

התחברי

מייל

סיסמה

שכחת סיסמה?

התחברי

התחברי עם פייסבוק

עדיין לא רשומה? הירשמי

הירשמי

- שם פרטי
  שם משפחה
- כתובת מייל
  - סיסמה
    אשרי סיסמה
    טלפון

היי 👋,
כיצד נוכל לסייע לך?

שנה

אייל מקיאג' - מומחים ללימודי איפור מקצועיים ובעלי המוצרים הטובים בעולם
התחברות

- 

סל קניות

נשאר לך עוד 299₪ עד משלוח חינם
איזה כיף קיבלת משלוח חינם
נשאר לך עוד 350₪ עד מתנה בהפתעה
איזה כיף, זכית במתנה + משלוח חינם

מתנה בהפתעה
משלוח חינם

היי 👋,
כיצד נוכל לסייע לך?





Shade #45
Shade #50
Shade #55
Shade #60
Shade #65
Shade #70 BEST SELLERS
Shade #75 מוצרי איפור
Shade #80 טיפוח
Shade #85 כל מוצרי טיפוח
Shade #90 מוס שיזוף
Shade #95 סרום
Shade #100 קרם לחות
Shade #105 לחות לשפתיים
Shade #110 איפור פנים
Shade #115 כל מוצרי איפור פנים
Shade #120 קונסילר
Shade #125 קונסקטור
Shade #130 מייק אפ
Shade #135 פודרה
Shade #140 ברונזר
Shade #145 סומק
Shade #150 שיימר
Shade #155 פריימר
Shade #160 מברשות
Shade #165 איפור עיניים
Shade #170 כל מוצרי איפור עיניים
Shade #175 BLACK CARD
Shade #180 מסקרה
Shade #185 צלליות
Shade #190 צפרון לעיניים
Shade #195 איילינר
Shade #200 גבות
Shade #205 ריסים
Shade #... ...
Shade #...
Shade #...
Shade #225 שפתון
Shade #... גלוסים

היי 👋
כיצד נוכל לסייע לך?

Shade #180 מסקרה
Shade #185 צלליות
Shade #190 עפרון לעיניים
Shade #195 אייליינר
Shade #200 גבות
Shade #205 ריסים
Shade #210 מברשות
Shade #215 איפור שפתיים
Shade #220 כל מוצרי איפור שפתיים
Shade #225 שפתון
Shade #230 גלוסים
Shade #235 צבעוניות שפתיים
Shade #240 מברשות שפתיים
Shade #245 מברשות איפור
Shade #250 כל מוצרי מברשות איפור

○ מברשות פנים

מברשות עיניים

○ מברשות שפתיים

אקססוריז

כבר התאהבת? ראה את המוצרים שלי

10. EDEN FINES


Upsell product image

**POWER LIFT PLUMPING CREAM**

קרם אנטי - אייג'ינג בתוספת קולגן למילוי כיסוי והחלקה
מחיר

קולגן 100 שח - 0 שקל טיפול + אדנוזין
2. 100₪ - 200₪
3. 200₪ - 300₪
429 ₪
4. 300₪ - 400₪
5. 400₪ ומעלה
הוספה לסל

Upsell product image
No Filter - Primer פריימר סיליקוני - 25 מ"ל
1. Matte
2. 299 ₪
Satin
הוספה לסל

• תאריך לידה*
יום ⌄
חודש ⌄
שנה ⌄

• ○ ☑ .אני מאשרת קבלת מידע שיווקי, עדכונים והטבות. הטבת יום ההולדת מותנת באישור זה
○ ☐ אני מסכימה ומאשרת * את התנאים ומדיניות הפרטיות *

• הירשמו

יש לך חשבון? התחברי

היי 👋,
כיצד נוכל לסייע לך?



3. Smoj
4. Shoar

**מצאי את הסניף הקרוב לביתך**

- חפשו שם של עיר
- חיפוש

החנויות נפתחות בהתאם להנחיות פיקוד העורף וייתכנו שינויים בשעות הפתיחה

**איילון - 56** איילון - 56
כתובת:
אבא הילל סילבר 301 רמת גן
035420233

56

**אייסמול אילת - 53** אייסמול אילת - 53
כתובת:
קאמפן 8, אילת

53

**אשקלון גירון- 48** אשקלון גירון - 48
כתובת:
שדרות דוד בן גוריון 21, אשקלון
086845294

48

**בני ברק - 76** בני ברק - 76
כתובת:
36 א
035

76

היי 👋,
כיצד נוכל לסייע לך?

48

**בני ברק** - 76 בני ברק - 76
כתובת:
רבי עקיבא 36
035420558

76

**בת ים** - 16 בת ים - 16
כתובת:
יוספטל 92, בת ים
035420232

16

**גבעתיים** - 29 גבעתיים - 29
כתובת:
דרך יצחק רבין 53, גבעתיים
035710901

29

**גרנד ב"ש** - 40 גרנד ב"ש - 40
כתובת:
דוד טוביהו 125 באר שבע
035420252

40

היי 👋,
כיצד נוכל לסייע לך?

40

**גרנד חיפה** – **20** גרנד חיפה – 20
כתובת:
דרך שמחה גולן 54, חיפה
046796953

20

**החרש מכללת תל אביב**- **15** החרש מכללת תל אביב – 15
כתובת:
החרש 8 ת"א
035420231

15

**הנגב ב"ש** – **39** הנגב ב"ש – 39
כתובת:
שדרות הנשיאים
086236483

39

**חדרה** – **38** חדרה – 38
כתובת:
שדרות רוטשילד 40 חדרה
035420250

38

היי 👋,
כיצד נוכל לסייע לך?

**חדרה מול החוף וילג – 88** חדרה מול החוף וילג – 88
כתובת:
דן שכטרמן 10, חדרה

**חולון – 25** חולון – 25
כתובת:
גולדה מאיר 7 חולון
035420241

**חיפה עזריאלי – 42** חיפה עזריאלי – 42
כתובת:
דרך משה פלימן 4 חיפה
035420236

**טבריה – 26** טבריה – 26
כתובת:
יהודה הלוי 1, טבריה
035420242



86 –
כתובת:

26

**ירכא - 86** ירכא - 86
כתובת:
קניון עודפים בירכא
0722748888

86

28 - G **כפר סבא 28 - G** כפר סבא
כתובת:
ויצמן 207, כפר סבא
098857149

28

**כפר סבא ערים - 18** כפר סבא ערים - 18
כתובת:
ברל כצנלסון 14, כפר סבא
035420234

18

**כרמיאל - 57** כרמיאל - 57
כתובת:
כרמיאל Big, מעלה הכמון 2, בניין תקשוב, קומה 2 ב
035420212

57



84 - 4
כתובת:

**מודיעין - 84** מודיעין - 84
כתובת:
לב העיר 2, מודיעין מכבים רעות
035420258

84

**מלחה ירושלים-** 41 מלחה ירושלים - 41
כתובת:
דרך אגודת ספורט בית"ר 1, ירושלים
035420511

41

**נצרת - 35** נצרת - 35
כתובת:
תופיק זאיד 53, נצרת
035420526

35

**נתניה השרון - 27** נתניה השרון - 27
כתובת:
הרצל 60, נתניה
035420243

27

46 -

כתובת:



היי 👋,
כיצד נוכל לסייע לך?

**סביונים יהוד** – **46** סביונים יהוד – 46
כתובת:
דרך משה דיין 3, יהוד
035420253

46

**סחנין** – **85** סחנין – 85
כתובת:
אל ג'ליל 805 סח'נין
053-8851331

85

**עזריאלי ת"א** – **51** עזריאלי ת"א – 51
כתובת:
דרך מנחם בגין 132, תל אביב
035420508

51

**עיר ימים נתניה** – **37** עיר ימים נתניה – 37
כתובת:
בני ברמן 2, נתניה
035420521

37

30 – פ  היי 👋,
כיצד נוכל לסייע לך?
כתובת
זאב ז'בוטינסקי 72, פתח תקווה
035420246

**פתח תקווה** – **30** פתח תקווה – 30
כתובת:
זאב ז'בוטינסקי 72, פתח תקווה
035420246

30

**צ'ק פוסט** – **82** צ'ק פוסט – 82
כתובת:
שדרות ההסתדרות 45, קניון סינמול לב המפרץ קומה
035420524

82

**קניון הדר ירושלים**– **33** קניון הדר ירושלים – 33
כתובת:
גנרל פייר קניג 26, ירושלים
025004385

33

**קניון הזהב** – **23** קניון הזהב – 23
כתובת:
דוד סחרוב 21, ראשון לציון - קומת קרקע
035420239

23

19 - קר    קר
תובת
דרך עכו 192, קריית ביאליק

**קריון קרית ביאליק- 19** קריון קרית ביאליק- 19
כתובת:
דרך עכו 192, קריית ביאליק
048754959

19

**קריית אונו - 47** קריית אונו - 47
כתובת:
שלמה המלך 37, קרית אונו
035420259

47

**קרית אתא - 31** קרית אתא - 31
כתובת:
דרך חיפה 52, קרית אתא
046317721

31

**ראשונים ראשון לציון - 49** ראשונים ראשון לציון - 49
כתובת:
שדרות נים 2, ראשון לציון
035420545

49

**רוטשילד ראשון לציון** - **55** רוטשילד ראשון לציון - 55
כתובת:
רוטשילד 45, ראשון לציון
035420240

55

**רחובות** - **11** רחובות - 11
כתובת:
ביל"ו 2, רחובות
089348266

11

**רמלה** - **32** רמלה - 32
כתובת:
שדרות דוד רזיאל 1, רמלה
088699052

32

**רננים רעננה** - **50** רננים רעננה - 50
כתובת:
המלאכה 2, רעננה
035420228

50

**שבעת הכוכבים הרצליה** - 21 שבעת הכוכבים הרצליה - 21
כתובת:
שדרות שבעת הכוכבים 8, הרצליה
099509107

21

**תא סנטר** - 14 תא סנטר - 14
כתובת:
דיזנגוף 50, תל אביב יפו
036349805

14

**אילת מול הים** - 22 אילת מול הים - 22
כתובת:
הפלמ"ח 1, אילת
035420238

22

**ביג גלילות** - 79 ביג גלילות - 79
כתובת:
מתחם ביג גלילות
03-5420207

79

**רמת רביב** - **24** רמת רביב - 24
כתובת:
קניון רמת אביב - תל אביב
036349805

24

**סימול אשדוד 58** סימול אשדוד - 58
כתובת:
הגדוד העברי 6, אשדוד

סי-מול 58

Want more?

Get 10% off

בואי נעלה שלב ביחסים.
השאירי לנו את המייל שלך ואנחנו נדאג לעדכן אותך בכל מה שחשוב וכמובן תקבלי 10% הנחה לקנייה הבאה שלך באתר!

על ידי לחיצה על "שלחי" הנך מאשרת קבלת דיוור

| שלחי | הכניסי כתובת מייל |
|---|---|