**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| BRIAN HOARE Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>     v.<br><br>ODDITY TECH LTD., ORAN HOLTZMAN, LINDSAY DRUCKER MANN, SHIRAN HOLTZMAN-EREL, MICHAEL FARELLO, LILACH PAYORSKI, GOLDMAN SACHS & CO. LLC, MORGAN STANLEY & CO. LLC, ALLEN & COMPANY, BOFA SECURITIES INC., BARCLAYS CAPITAL INC., TRUIST SECURITIES, INC., JMP SECURITIES LLC, and KEYBANC CAPITAL MARKETS INC.,<br><br>      Defendants. | **Case No. 1:24-CV-06571-MMG**<br><br>**CLASS ACTION** |

**PLAINTIFFS' NOTICE OF MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

  **PLEASE TAKE NOTICE** that Lead Plaintiff Alex Gordon and Plaintiff Brian Hoare (collectively, "Plaintiffs"), by and through the undersigned attorneys, hereby move, this Court for an order granting Plaintiffs leave to file a Second Amended Complaint pursuant to Rules 15 and 21 of the Federal Rules of Civil Procedure.

  **PLEASE TAKE FURTHER NOTICE** that in support of their motion, Plaintiffs rely on the accompanying Memorandum of Law; upon all prior pleadings had herein; including the proposed Second Amended Complaint (with redline version) attached hereto as Exhibits A and B. Plaintiffs also submit herewith a proposed order granting the motion.

Dated: May 20, 2025                          Respectfully submitted,

                                             **LEVI & KORSINSKY, LLP**

                                             */s/ Nicholas Porritt*

                                             Nicholas I. Porritt
                                             33 Whitehall Street, 17th Floor
                                             New York, NY 10004
                                             Tel: (212) 363-7500
                                             Fax: (212) 363-7171
                                             nporritt@zlk.com

                                             *Counsel for Lead Plaintiff Alex Gordon*

                                             **POMERANTZ LLP**
                                             Jeremy A. Lieberman
                                             J. Alexander Hood II
                                             James M. LoPiano
                                             600 Third Avenue, 20th Floor
                                             New York, NY 10016
                                             Tel: (212) 661-1100
                                             Fax: (917) 463-1044
                                             jalieberman@pomlaw.com
                                             ahood@pomlaw.com
                                             jlopiano@pomlaw.com

                                             *Counsel for Plaintiff Brian Hoare*