**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BRIAN HOARE Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ODDITY TECH LTD., ORAN HOLTZMAN, LINDSAY DRUCKER MANN, SHIRAN HOLTZMAN-EREL, MICHAEL FARELLO, LILACH PAYORSKI, GOLDMAN SACHS & CO. LLC, MORGAN STANLEY & CO. LLC, ALLEN & COMPANY, BOFA SECURITIES INC., BARCLAYS CAPITAL INC., TRUIST SECURITIES, INC., JMP SECURITIES LLC, and KEYBANC CAPITAL MARKETS INC.,<br><br>Defendants. | **Case No. 1:24-CV-06571-MMG**<br><br>**CLASS ACTION** |

**[PROPOSED] ORDER GRANTING**
**PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

Having considered the papers filed in support of Plaintiffs' Motion for Leave to File Amended Complaint, and all arguments in opposition and further support thereto, for good cause shown the Court hereby enters the following order:

1. Plaintiffs' Motion for Leave to Amend Complaint is hereby **GRANTED**;

2. Plaintiffs shall file an amended complaint in substantially similar form to the one submitted with the Motion within seven (7) calendar days of this Order.

3. Plaintiffs' amended complaint shall be deemed filed for all purposes as of the date Plaintiff filed the Motion, May 20, 2025.

IT IS SO ORDERED:

DATED: _____

                                                      
THE HONORABLE MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE