**EXHIBIT 7**

Do Not Sell or Share My Personal Information



**בלתי נשכחים**

האייקונים ששינו את האופנה בארץ ובעולם בכל הזמנ

**ארז עמירן**

**שנה באופנה**

מי הרוויח ומי הפסיד בגדול מהשלכות נגיף הקורונה

**מעצבים ומותגים**





**יופי ישראלי**

הדוגמניות שניסחו את הסגנון המקומי לאורך השנים

**כל היפות**



עשו לנו לייק בפייסבוק

---

חיפוש...   אסתטיקה - הדור הבא   Gostyle   מדעי הקוסמטיקה   אייקון אחד בשבוע   יופי   הכוכבים   טרנדים ושופינג   מעצבים ומותגים

# מסף פשיטת רגל אל תאגיד היוקרה LVMH: זינוק חדש באיל מקיאג'

מותג האיפור המקצועי שהחל את דרכו בניו יורק והגיע גם לארץ, נקלע לקשיים וכמעט נסגר, אבל אז הגיע הישראלי אורן הולצמן, שהפך אותו לדבר החם בתפוח הגדול

אסי טוחן   פורסם: 28.06.18 | 16:11   Share



"בעידן האונליין יש הרבה חנויות ריקות בניו יורק. אז החלטנו לפתוח חנות שכל הזמן תעבור מקום". איל מקיאג' בניו יורק



"ב-L CATTERTON הבינו את הפוטנציאל שלנו. אין אף מותג שהתחיל פה כמונו, עם ידע והבנה, ואחרי מחקר שוק מעמיק". אורן הולצמן (צילום: אבי ולדמן)



"החלטנו לגייס הון, כי ידענו שצריך הרבה כסף לאמריקה"

The link to this photo or video may be broken, or the post may have been removed.

**Visit Instagram**

The link to this photo or video may be broken, or the post may have been removed.

**Visit Instagram**

למרות שאני הכי מקפידה על זן ואמנות תחזוקת יופי גבוהה, האיפור שלי דווקא סופר טבעי. כל כך "טבעי", שלפחות 10 מוצרים שונים משמשים אותי מדי יום - פריימר, בסיס מייק אפ שקוף, קונסילר, פודרה, ברונזר שזוף, סומק ורדרד, עיפרון שפתיים וליפסטיק בגוון ניוד שקוף ועירום, שימר מאיר בזוויות העיניים ושכבות של מסקרה. מתברר שאני לא לבד. כשאיל מקיאג' ניסו לפענח, רגע לפני החדירה של המותג לארצות הברית, מה סוד ההצלחה של כמה ממותגי היוקרה החדשים ומלאי האפיל האהובים כל כך על קהל היעד שלהם, צעירות דור המילניום (המילניאלס), הם גילו מכנה משותף אחד לכולם. כל השמות החמים - מילק, גלוסייר ופנטי ביוטי של ריהאנה - דוגלים במראה הטבעי והמינימליסטי, אלא שכדי להשיג את המראה הזה דרושים לפחות שמונה מוצרי איפור, ובסוף הוא כל כך שקוף עד שבקושי רואים אותו, כי Less is More.



כשנפתחה החנות בברודווי בסוהו, כבר השתרכו תורים ארוכים של לקוחות בחוץ

אז זהו, שכבר לא. באיל מקיאג' מנסים עכשיו להכתיב מגמה חדשה, לפיה דווקא More is More. כלומר, לוק שכולו סופר מאופר, באופן מובהק וגלוי לעין, ובלי להתנצל על כך. והם הולכים על זה הכי רחוק - עד הסוהו במנהטן, שם נפתחה החודש חנות הדגל הראשונה בארצות הברית של המותג הישראלי המחודש, מלווה בקמפיין חוצות בטיים סקוור, בסאב ווי ובדאונטאון קובע הטרנדים, תחת המסר השיווקי 100% High Maintenance, כי מי לא רוצה להיראות מתוחזקת לעילא, בעצם?








מי לא רוצה להיראות מתוחזקת לעילא, בעצם?

Case 1:24-cv-06571-MMG Document 78-12 Filed 06/26/25 Page 6 of 13

האיפור מאק התחילו בכלל כזכיינים שלה. אלא שאיל מקיאג' המקורית התמקדה בסופו של דבר רק במאפרים מקצועיים כלקוחותיה, וכלל לא הגיעה אל הקהלים הרחבים. לארץ יובא המותג החל משנת 1996 על ידי שלי גפני וגלית ורטהיים, שתי דוגמניות שהפכו למאפרות ולזכייניות איל מקיאג' בישראל. בהמשך פרשה גפני ונותרה רק ורטהיים, שניהלה את החברה יחד עם בעלה חנוך רידר, עד שלפני כחמש שנים נכנסה החברה לקשיים והגיעה אל סף פשיטת רגל.



"עד סוף 2018 נפתח עוד שלושה סניפים, שניים במיאמי ואחד בוושינגטון". אורן הולצמן

בנקודה זו נכנס לתמונה **אורן הולצמן**, אז רואה חשבון צעיר בן 29, שסיים לעבוד במיזוגים ורכישות ב"ארנסט אנד יאנג" וחיפש חברה להשקיע בה. באמצעות הון משפחתי, רכש 70 אחוז מאיל מקיאג' ישראל כששילם את חובותיה בסך 12 מיליון שקל, ומיתג אותה מחדש. תוך שלוש שנים הפך את המותג למוביל בישראל בקטגוריה, עם 40 סניפים ו-5 בתי ספר מקצועיים לאיפור. בהמשך רכש הולצמן את כל איל מקיאג' ישראל והפך לבעליה הבלעדי, ולפני כשנתיים רכש גם את המותג הבינלאומי מהרכבי, מתוך כוונה ברורה לפתח אותו בחו"ל. הוא מקים מחלקת פיתוח אין-האוס, המפתחת למעלה מאלף מוצרים חדשים, המיוצרים במדינות שונות בעולם בהקפדה גבוהה. אבל כל אלה היו רק המשחק המקדים שהוביל לשיא בשנת 2017 - גיוס 34 מיליון דולר מקרן ההשקעות האמריקאית הגדולה בעולם בתחום הצרכנות L CATTERTON, הנמצאת בבעלות משותפת עם תאגיד היוקרה החזק בעולם LVMH, הבעלים של לואי ויטון, דיור, ז'יבנשי, רשת ספורה ועוד.



**itsisabelbedoya**
2.8M followers

View profile

View more on Instagram

135,866 likes

Add a comment...

"החלטנו לגייס הון, כי ידענו שצריך הרבה כסף לאמריקה", סיפר אורן בהשקת החנות לפני שבוע בברודווי בניו יורק, "ב-L CATTERTON הבינו את הפוטנציאל שלנו. אין אף מותג שהתחיל פה כמונו, עם ידע והבנה, ואחרי מחקר שוק מעמיק. הם שותפים מדהימים. שומרים עלינו שלא נעשה טעויות, ודואגים שנהיה כל הזמן מפוקסים לגבי המסר השיווקי והזהות של המותג, כי יש פה מיליון מתחרים ומאוד צפוף פה".



כדי לבדל את איל מקיאג' מכולם, החליטו ללכת על הפוך מכולם. האיט גירל החדשה, לפי איל מקיאג', היא הכי מאופרת ומתוחזקת מבוקר עד ערב, ובולטת מעל כולם, מבלי להתנצל על הסטנדרט הגבוה שלה. ב-1 במאי עלה הטיזר ראשון בחוצות ניו יורק, שהצהיר כי "המינימליזם מת". בהמשך הופיע הטיזר "יותר זה תמיד יותר", וכשנפתחה החנות בברודווי בסוהו, כבר השתרכו תורים ארוכים של לקוחות בחוץ.



"בעידן האונליין יש הרבה חנויות ריקות בניו יורק", מסביר אורן, "אז החלטנו לפתוח חנות שכל הזמן תעבור מקום, כי הצעירות לא אוהבות חנויות קבועות, רק פופ-אפ. הרעיון היה להשקיע המון כסף בחנות זמנית, אבל שאפשר יהיה להעביר אותה כמו שהיא. זה החידוש הגדול שיצרנו, ואנחנו מקבלים PR מטורף בזכות זה".





**anthony.delmundo.photography**
New York, New York

View profile

**84 likes**

Add a comment...

יחד עם האדריכלים ישי ברסלואר וארנון ניר מארסטודיו, שעיצב את חנויות איל
מקיאג' בישראל, פנו לפני כשלוש שנים לאדריכלית עטורת הפרסים, זאהה חדיד
מלונדון, והפכו את חלום חנות הפופ אפ המושקעת ביותר אי פעם למציאות. בין
שלב התכנון לשלב הביצוע, הלכה חדיד עצמה לעולמה, כך שהיא עצמה לא זכתה
לחזות בתוצאה שבוצעה על ידי משרדה: פביליון המורכב מצלעות ומשחקי אור,
בהשראת האריזות והלוגו של איל מקיאג'. אם תרצו, מעין שדרת אור, המאפשרת
חווית קנייה בתאורה רכה, מחמיאה ואופטימלית לאיפור. לרגל המיתוג מחדש,
גם אריזות המוצרים שודרגו ועברו התאמות מיוחדות לשוק האמריקאי.

Case 1:24-cv-06571-MMG   Document 78-12   Filed 06/26/25   Page 10 of 13



**viva_glam_kay**
1.2M followers

View profile

View more on Instagram

34,469 likes

Add a comment...

"לא הייתי מגייס כסף אם לא הייתי צריך לבנות מותג", מסביר אורן את גודל ההשקעה. "אנחנו מתמקדים פה באונליין, אבל צריך גם חנות, כדי לייצר דעת קהל ברשתות החברתיות. עד סוף 2018 נפתח עוד שלושה סניפים, שניים במיאמי ואחד בוושינגטון. שמות בינלאומיים כמו לואי ויטון וזאהה חדיד פותחים דלתות בכל מקום".

- **הכתבת היתה אורחת חברת איל מקיאג' בניו יורק**

---

**ואיך נראות הפנים האמיתיות של גלית גוטמן בלי איפור?**

Case 1:24-cv-06571-MMG    Document 78-12    Filed 06/26/25    Page 11 of 13



הפנים האמיתיות של גלית גוטמן: "לא לפחד מבוטוקס, רק לבחור נכון". לחצו על
התמונה לכתבה המלאה (צילום: טל שחר)

Like 77K    Share

## Amazon Is Losing Money as Virginia Shoppers Are Canceling Prime for This Clever Hack

This simple trick can save tons of money on Amazon, but most Prime
members are ignoring it.

Online Shopping Tools |

## 6 Things Not to Do When Selecting a Financial Advisor

Learn More    | SmartAsset

## I Tried the $0.87 Generic Viagra and Here's What Happened!

Learn More    | fridayplans

## Mature Dating for You

Share your feelings and emotions with someone.

Read More    | Mexicanloves

## StellaPops: Not Your Grandpop's Popsicles - StellaPop

ממומן | StellaPop

Sponsored Links

## Government Agencies Need Great Product or Service

**New Small Electric Car for Seniors (The Price May Surprise You)**

Learn More                    | Best Search Finder | Auto

הצג: [                    ]

**!Experts Amazed: Barefoot Shoes are The Best Thing You Can Do in 2025 - NOW 70% OFF**
| Barefoot Vitality

Learn More

Sponsored Links

**"MD Warns: "If You Eat This for Breakfast, Here's What Happens to Your Body**
| Gundry MD

Learn More

**We Tested 17 Anti-Aging Creams - Only 1 Delivered Jaw Dropping Results**
| Best Of Beauty

**Seniors Can Now Fly Business Class For the Price Of Economy**
| onlineshoppingtools

Sponsored Links

**When Neuropathy Hits, Try This (It's Genius!)**
New Method to Reduce Neuropathy (Watch)
| Health Today

Learn More

**Mature Dating Starts Today**
.Share your feelings and emotions with someone
| Secretmeet

Read More

**המסת תאי שומן ומיצוק הגוף - מכשיר חדשני לשימוש ביתי**
כולנו רוצים גוף מוצק ומראה חטוב - כעת אפשר להגיע לתוצאות מעולות גם בבית. המכשיר החדשני ביותר בתחום המסת שומן, מיצוק וחיטוב הגוף הוא Nuna Body מבית פרמייר, …
|

**Don't Play This Game If You Are Under 30**
| RAID

Play Now

**Nissan's 2025 Stunning Auto Designs Are Here**
(See The Models)
| BestSearches | Search Ads

Compare

**איפה גרים ומה רואים בטלוויזיה הישראלים בחו"ל?**
נתונים מפתיעים משירות הטלוויזיה Screen iL לישראלים בחו"ל חושפים - היכן ממוקמות קהילות הישראלים הגדולות בעולם? ספוילר: טורונטו ומיאמי מתחרות על המקום ה-3, וגם …
|

אתר נגיש                    חפשו באתר                                         Xnet






- אוכל
- אדריכלות
- משפחה
- עשו בעצמכם
- אנשים
- דיאטה
- מנטה
- Gostyle





עשו לנו לייק בפייסבוק



לא תצליח לזהות מה
יותר יקר: חמישה
פריטי עיצוב דומים
לבית, בהפרש ענק




צנזורה ב"בתים
מבפנים
ים": למה דרשו לבטל
את הסיור בבית קברות
ממילא





שהה בארץ באופן לא
חוקי ולא ידע עברית,
אבל הפך לבסוף לחייל
צה"ל מצטיין



שמתם לב שאתם כבר לא מכירים את
הילד? מהו 'חוג אמא', למה הוא חשוב

## בלוגים

**אוכל >>** אולגה טוכשר • אסנת לסטר • אורלי חרמש • אפרת מוסקוביץ' • אפרת סיאצ'י • אינס שילת ינאי • דורית מנו-טל אור • חיה אילונה דר • ילנה ויינברג • מיכל שמיר • עוג'יליה דולסה •
דפנה אוסטר מיכאל • מירב גביש • סיון שטרנבך • ענת צרפתי • רומי נדלר • **אופנה >>** ארז עמירן • הדס שואף • יערה קידר • נרי אבידן סלע • **אנשים >>** לירון לב • עופרה עופר-אורן •
נגה שנער-שוייר • **דיאטה >>** ליאורה חוברה • ד"ר ברוריה טל • סיון ורקר-פלג • הודליה כצמן • ענבר חוברה • ורד לוביץ' • **עיצוב >>** הרשימה של Cיגלמן • אבי אשכנזי • עודד בן יהודה • ניבה יחיאב •
• צביה קגן • מיכל ויטל • רונית כפיר • נעם טננבאום ואיציק חזן • **אדריכלות >>** אבי פז • גלית שיף ויעל גלעד • דקל גודוביץ • ציפה קמפינסקי • שי ילין • **משפחה >>** מלי גרין • סיגל קפלן •
עמרי אימבר חלפין • ענת לב אדלר • **שוק הורים >>** מבצעים בארץ • פיית הקניות •

מי אנחנו | כתבו לנו | מדיניות פרטיות | תנאי שימוש | פרסמו אצלנו

  © כל הזכויות שמורות לידיעות אחרונות
 Designed and Developed by: yit
 radware
        AllJobs  BigDeal  winwin  ONE  כלכליסט  mynet ynet