UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

BRIAN HOARE, Individually and on Behalf of
All Others Similarly Situated,

                    Plaintiff,

                    v.

ODDITY TECH LTD., ORAN HOLTZMAN,
LINDSAY DRUCKER MANN, SHIRAN
HOLTZMAN-EREL, MICHAEL FARELLO,
LILACH PAYORSKI, OHAD CHERESHNIYA,
GOLDMAN SACHS & CO. LLC, MORGAN
STANLEY & CO. LLC, ALLEN & COMPANY,
BOFA SECURITIES INC., BARCLAYS
CAPITAL INC., TRUIST SECURITIES, INC.,
JMP SECURITIES LLC, KEYBANC CAPITAL
MARKETS INC., EVERCORE GROUP, LLC,
and J.P MORGAN SECURITIES LLC.,

                    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

1:24-CV-06571-MMG

**STIPULATION AND [PROPOSED]
ORDER REGARDING THE
ADDITIONAL UNDERWRITER
DEFENDANTS**

**WHEREAS**, on February 18, 2025, Lead Plaintiff Alex Gordon and Plaintiff Brian Hoare filed the Amended Complaint (ECF No. 36);

**WHEREAS**, on April 21, 2025 Defendants filed a Motion to Dismiss the Amended Complaint (ECF No. 59);

**WHEREAS**, on May 20, 2025, Plaintiffs filed a Motion for Leave to File a Second Amended Complaint and added two additional underwriter defendants, Evercore Group, L.L.C., and J.P. Morgan Securities LLC (together, the "Additional Underwriter Defendants").

**WHEREAS**, on May 29, 2025, the Court entered a stipulation and order (ECF No. 65) setting forth the following schedule for Defendants' responsive Motion to Dismiss to Plaintiffs' Second Amended Complaint:   June 26, 2025 as the deadline for the Motion to Dismiss; July 28, 2025 as the deadline for Plaintiffs' Opposition to the Motion to Dismiss; and August 27, 2025 as the deadline for Defendants' Reply in Support of the Motion to Dismiss;

**WHEREAS**, as of the May 29 stipulation and order, the Additional Underwriter Defendants had not

1

2

been served.

**WHEREAS**, the Additional Underwriter Defendants now agree to accept service and join in the operative briefing schedule.

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned parties, subject to the Court's approval, as follows:

1. The Additional Underwriter Defendants hereby accept service of the summons and complaint, without prejudice to or waiver of any defenses, objections or arguments, except as to sufficiency of service of process.

2. Any motion to dismiss the amended complaint shall be filed by **June 26, 2025**.

3. Any opposition to the motion(s) to dismiss shall be filed by **July 28, 2025**.

4. Any reply in support of the motion(s) to dismiss shall be filed by **August 27, 2025**.

Dated: New York, New York
June 27, 2025

**LEVI & KORSINSKY, LLP**

By:/s/ *Nicholas I. Porritt*

Nicholas I. Porritt
Adam M. Apton
33 Whitehall Street, 17th Floor
New York, NY, 10004
Tel: (212) 363-7500
Fax: (212) 202-3827
aapton@zlk.com
nporritt@zlk.com

*Attorneys for Lead Plaintiff Alex Gordon*

**CRAVATH, SWAINE & MOORE LLP**

Dated: New York, New York
June 27, 2025

By:/s/ *Yonatan Even*

Yonatan Even
Lauren M. Rosenberg
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
Telephone: (212) 474-1000
yeven@cravath.com
lrosenberg@cravath.com

*Attorneys for Defendants ODDITY Tech Ltd., Lindsay Drucker Mann, Michael Farello*

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP**

Dated: New York, New York
June 27, 2025

By:/s/ *Susan L. Saltzstein*

Susan L. Saltzstein
Robert A. Fumerton
One Manhattan West
New York, NY 10001
Telephone: (212 ) 735-3000
susan.saltzstein@skadden.com
robert.fumerton@skadden.com

*Attorneys for Additional Underwriter Defendants*

SO ORDERED.
Dated: New York, New York
June __, 2025


_____

Margaret M. Garnett
United States District Judge