UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT OF
NEW YORK

|  |  |
|---|---|
| BRIAN HOARE Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ODDITY TECH LTD., ORAN HOLTZMAN, LINDSAY DRUCKER MANN, SHIRAN HOLTZMAN-EREL, MICHAEL FARELLO, LILACH PAYORSKI, OHAD CHERESHNIYA, GOLDMAN SACHS & CO. LLC, MORGAN STANLEY & CO. LLC, ALLEN & COMPANY, BOFA SECURITIES INC., BARCLAYS CAPITAL INC., TRUIST SECURITIES, INC., JMP SECURITIES LLC, and KEYBANC CAPITAL MARKETS INC., EVERCORE GROUP, LLC, and J.P. MORGAN SECURITIES LLC.,<br><br>Defendants. | Case No. 1:24-CV-06571-MMG<br><br>CLASS ACTION |

**DECLARATION OF BRENT BYARS IN FURTHER SUPPORT OF
DEFENDANTS' JOINT MOTION TO DISMISS**

I, Brent Byars, declare as follows:

1.      I am a senior attorney at Cravath, Swaine & Moore LLP, counsel for Oddity Tech Ltd., Lindsay Drucker Mann and Michael Farello ("Oddity") in this litigation. I am an active member of the Bar of the State of New York and am admitted to practice before this Court.

2.      I make this declaration based upon my knowledge of the facts stated

herein, and if called to testify, I could and would do so competently. I submit this declaration in further support of Defendants' Joint Motion to Dismiss the Second Amended Complaint and in connection with Defendants' Reply on that Motion.

3.      Attached hereto as **Reply Exhibit 10** is a true and complete copy of a Global Cosmetic News article titled "Israeli Cosmetics Brand Il Makiage Gets Financial Boost from L Catterton", dated June 7, 2017.  The webpage is accessible at https://www.globalcosmeticsnews.com/israeli-cosmetics-brand-il-makiage-gets-financial-boost-from-l-catterton/ and was last accessed on August 27, 2025.

4.      Attached hereto as **Reply Exhibit 11** is a true and complete copy of a Cosmetics Business article titled "L Catterton Acquires Stake in US Brand Il Makiage", dated June 8, 2017.  The webpage is accessible at https://cosmeticsbusiness.com/l-catterton-acquires-stake-in-us-brand-il-makiage--130236 and was last accessed on August 27, 2025.

5.      Attached hereto as **Reply Exhibit 12** is a true and complete copy of a Globes article titled "L Catterton Invests in Israeli Cosmetics Brand Il Makiage", dated June 5, 2017.  The webpage is accessible at https://en.globes.co.il/en/article-lvmh-invests-in-israeli-cosmetics-brand-il-makiage-1001191139 and was last accessed on August 27, 2025.

6.      Attached hereto as **Reply Exhibit 13** is a true and complete copy of a Ynet News article titled "Israeli-American Beauty Company Valued at $1.5 Billion in Stock Sale", dated June 14, 2023.  The webpage is accessible at https://www.ynetnews.com/business/article/rknfk48d3 and was last accessed on August 27, 2025.

7.    Attached hereto as **Reply Exhibit 14** is a true and complete copy of an Il Makiage press release titled "IL MAKIAGE Receives Significant Investment From L Catterton's Growth Fund", dated June 8, 2017.  The webpage is accessible at https://www.prnewswire.com/news-releases/il-makiage-receives-significant-investment-from-l-cattertons-growth-fund-300470966.html and was last accessed on August 27, 2025.

8.    I declare under penalty of perjury that the foregoing is true and complete, and that I executed this declaration on August 27, 2025, in New York, New York.

Dated:   August 27, 2025                                Respectfully Submitted,

_____
Brent Byars

iii