# REPLY EXHIBIT 10

**TRENDING:**  Estée Lauder Approves 3,200 Layoffs Amid Weak China and D…



HOME   ALL REGIONS   VIDEO ⌄   PODCAST ⌄   EVENTS   TOP 100 BRANDS   COSMETICS NEWS WIRE   **SUBSCRIBE**

# ISRAELI COSMETICS BRAND IL MAKIAGE GETS FINANCIAL BOOST FROM L CATTERTON

Posted by Louise Prance-Miles | Jun 7, 2017 | Africa & Middle East, Finance | ★★★★★



Financial firm L Catterton has acquired a 35.8 percent stake in Israeli cosmetics brand Il Makiage with an investment of $34 million.

The investment from L Catteron, which is in part owned by the LVMH group, will go towards helping the company break the US market, with Oran Holtzman, CEO of Il Makiage and who acquired the company in 2013, retaining control.

Speaking to Globes, Holtzman said, "Beyond the prodigious know-how and many connections that the fund brings with it to the table, the LVMH group – the world's largest conglomerate of prestige brands, which owns Louis Vuitton, Dior, and Sephora, among others – is a substantial shareholder in the fund. We are proud that Il Makiage is becoming part of such a strong and influential group.
"Following the acquisition of ownership of the international Il Makiage brand, the current investment constitutes a major milestone in the brand's global expansion plan. I have no doubt that the investment will enable us to realize our vision of positioning Il Makiage as a leading global professional cosmetics brand."

Il Makiage, originally founded in New York, has 41 colleges in Israel and five teaching colleges which focuses on the cosmetics industry.

SHARE:

RATE:


CREASTAR®
New in naturality colours ◆ ISO 16128
Naturality, but finally Cosmetic Science tested and proven.
NOW, that is really NEW.
CLICK HERE TO LEARN MORE

## IN CONVERSATION WITH...

 Innovating for Teens – The Future of Beauty in 2025

 Innovating for Pregnancy & Baby Care – The Future of Beauty in 2025

 Innovating Color Cosmetics – The Future of Beauty in 2025

 Innovating Personal Care – The Future of Beauty in 2025

 Innovating Sun Care – The Future of Beauty in 2025

## STREET TALK

 Street Talk: Sun Care – Episode Five: Skin Type – Pale

 Street Talk: Sun Care – Episode Four: Skin Type – Dry & Sensitive

 Street Talk: Sun Care – Episode Three: Skin Type – Dry & Acne

 Street Talk: Sun Care – Episode Two: Skin Type – Combination

 Street Talk: Sun Care – Episode One: Skin Type – Dry

## REEL REVIEW

 Reel Review Shorts: INOLEX Launches Breakthrough Sun Care Ingredients

 Reel Review Shorts – Eckart Launches SYNCRYSTAL® Platinum at in-cosmetics 2025

 Reel Review Shorts – Croda Beauty Launches Wellness-Focused Ingredients for 2025

 Reel Review: Discover the Breakthroughs at in-cosmetics global 2025

## LATEST NEWS



Anua Expands to 650 Boots Stores, Streng...



Ultra Violette Withdraws Lean Screen Fol...



LAWLESS Beauty and LoveShackFancy Debut ...



Trinny London Appoints Charlotte Tilbury...

## COSMETICS NEWS WIRE


Cosmoprof North America Las Vegas 2025 Closes with Strong Momentum


NATRUE Launches Natural Cosmetics Week 2025:


Mibelle Biochemistry presents: LunaRose™


CTPA Celebrates 80 Years!


The 2025 Fragrance Foundation Awards

## JOBS & PEOPLE


Trinny London Appoints Charlotte Tilbury Alum as CMO, Sharpens Brand Storytelling for US Expansion


Beiersdorf to Invest €350 Million in Mexico Plant Expansion to Strengthen Global Supply Network


Kao Opens Texas Tertiary Amine Plant to Bolster Global Supply and Sustainability


Estée Lauder Approves 3,200 Layoffs Amid Weak China and Duty-Free Sales


Target Names Michael Fiddelke as CEO Amid Signs of Sales Recovery

## TRUMP'S TARRIFS


Estée Lauder Cuts Forecast, Warns of US$100 Million Tariff Hit


Trump's Metal Tariffs Hit Personal Care and Cosmetics Packaging


US Brands in India Face Boycott Calls After Trump's Tariff


EU Beauty and Fashion Brands Eye "First Sale" Rule to Offset U.S. Tariffs


P&G to Hike U.S. Personal Care Prices Amid Tariff Strain

## BEAUTY AI


Alma Launches Universkin: AI-Powered, Medical-Grade Skincare Tailored to Individual Needs


Walmart Hires Instacart Exec to Lead Global AI Strategy in Retail Push


L'Oréal Turkey Adopts Generative AI to Streamline Creative Content Production


Amazon to Close Shanghai AI Lab Amid Strategic Shift and Rising U.S.-China Tensions


Boulevard Raises US$80 Million as Medspa Demand Reshapes Beauty Tech Landscape

## TRAVEL

We use cookies to ensure that we give you the best experience on our website. If you continue to use this site we will assume that you are happy with it.    OK    ✕


DFS to Close Tsim Sha Tsui East Store, Maintain Hong Kong Focus


Rhode Opens Beach Club Pop-Up in Majorca


Perfume and Cosmetics Sales Climb as Dubai Duty Free Hits Record Half-Year Revenues


Estée Lauder Reports 10% Sales Decline in Q3 as Skin Care and Makeup Categories Fall

## PROFESSIONAL BEAUTY


UK Government to Introduce Licensing and Training Standards for High-Risk Cosmetic Procedures


Hugel Hits KRW200 Billion in H1 Sales as Toxin and Cosmetics Drive Growth


SkinCeuticals Targets Sagging Skin with A.G.E. Interrupter Ultra Serum


Allergan Aesthetics Spotlights Real Stories in Faces of Natrelle® Campaign


Skims Expands Into Face Shapewear with New Collagen Yarn Sculpting Wrap

## TOP 100 BRANDS


L'Oréal Company Profile


Unilever Company Profile


The Estée Lauder Companies Company Profile


Procter & Gamble Company Profile


Shiseido Company Profile

## EVENTS


Cosmetics Compliance Forum 2025


INNOCOS : LONGEVITY SUMMIT GENEVA 2025


IFSCC 35TH CONGRESS 2025


INNOCOS : LONGEVITY SUMMIT DUBAI 2025

IN-COSMETICS KOREA 2026



**GLOBAL COSMETICS NEWS**

Contact Us
Subscribe
Privacy Policy
Cookie Policy
Terms & Conditions

**SOCIAL MEDIA**

Facebook
X
Instagram
LinkedIn
SoundCloud
RSS
YouTube

**NEWS**

Home
All Regions
Cosmetics News Wire
Podcast
Opinion
Fashion
Professional Beauty
Travel
Wellness
Top 100 Brands

We use cookies to ensure that we give you the best experience on our website. If you continue to use this site we will assume that you are happy with it.    OK    ✕