**REPLY EXHIBIT 11**





HOME     CATEGORIES ▾     PURE BEAUTY     CAREERS     EVENTS     DIRECTORY     🔍                    SUBSCRIBE 🔒          LOGIN ▾

 / Finance / L Catterton acquires stake in US brand Il Makiage

# L Catterton acquires stake in US brand Il Makiage

Published: 8-Jun-2017

`Finance`



**The US investment firm has reportedly taken a 35.8% stake in the cosmetics company for $29m**



The link to this photo or video may be broken, or the post may have been removed.

**Visit Instagram**



♡ You may also like



`Finance`

**Fenty Beauty launches across India via Sephora and Tira Beauty**

READ MORE                    ⟶

↗ Trending Articles

L Catterton has acquired a minority stake in US colour cosmetics brand Il Makiage for $29m.

The investment firm, which is formed by LVMH, Groupe Arnault and Catterton, will work with Il Makiage's CEO Oran Holtzman to help the company enter the US market.

"When I acquired Il MAKIAGE a few years ago, I had a clear vision for the future – to build a global, professional, high-end makeup brand," said Holtzman. "We have invested significant resources to further develop IL MAKIAGE, building a state of the art R&D division, enhancing our product offering, and creating a unique shopping experience in our mono-brand makeup boutiques.

"We are thrilled to partner with L Catterton and are confident that the firm's unparalleled experience in building premium brands and global expertise make L Catterton the ideal partner for us. This significant investment indicates a tremendous expression of confidence in the brand, its positioning, the management team, and above all, the products and their uncompromising quality."

Il Makiage sells a variety of cosmetics products for eyes, lips and face. It is reported to operate 41 stores in Israel and five professional make-up colleges.

Current and past investments made by L Catterton include Bliss, Cover FX, CLIO Professional, Dr. Wu, Ideal Image, Intercos Group, Kopari, StriVectin and TULA.

Share

---

Companies:  L Catterton

**SEE MORE** ➞

---

Fenty Beauty launches across India via Sephora and Tira Beauty

**READ MORE** ➞

⤴ **Trending Articles**

1. Estée Lauder Companies slashes 3,200 jobs – and 3,800 more hang in the balance

2. Looming job cuts at Revolution Beauty as co-founders return and brand sale process ends

3. Currentbody owner The Beauty Tech Group name ex-On The Beach director as new Chair

4. Ulta Beauty adds Martin Brok and Stephenie Landry to board of directors

5. Trump extends aluminium and steel tariffs to cosmetics, with 407 additional products added

📅 **Upcoming event**



**Bringing Psychodermatology into Personal Care**

Wednesday 10 September | Liverpool, UK

**SEE ALL** ➞

---

## You may also like



**Finance**

**Fenty Beauty launches across India via Sephora and Tira Beauty**



**Finance**

**President Donald Trump unveils new US global tariffs hours before August deadline**



**Regulatory**

**LVMH's Bernard Arnault welcomes EU-US trade deal amid criticism**



**Finance**



**Finance**



**Finance**



**Fenty Beauty launches across India via Sephora and Tira Beauty**



**President Donald Trump unveils new US global tariffs hours before August deadline**



**LVMH's Bernard Arnault welcomes EU-US trade deal amid criticism**



Finance

**LVMH's downturn in revenues shored up by beauty and Sephora**

Finance

**Beauty's M&A slowdown: What's got everyone so scared?**

Finance

**Hermès to increase US prices in response to President Trump's tariffs**

Finance

**LVMH shares plunge on disappointing quarterly update**



COSMETICS BUSINESS

**Subscribe now** ▶

# Become a **Subscriber**

Through digital, live and print products, Cosmetics Business informs and inspires business leaders and decision-makers around the world. With a digital-first strategy, the Group's Editors write breaking news, product releases, technical papers, innovation features, trend reports and live content agendas covering the entire industry from ingredients and packaging to regulation, retail and marketing.

**Subscribe now** ▶

Already a subscriber? Sign in here.

FIND OUT MORE →

### Get our newsletter

Enter your email address →

### Follow us

COSMETICS BUSINESS

About Cosmetics Business

About HPCi Media

Newsletter sign up

Contact Us

Pure Beauty Awards website

Advertise

Terms and Conditions

Privacy

© HPCi Media Limited | Registered in England No. 06716035 | VAT GB 939828072 | a Claverley Group company
Registered office address:
One Anchorage Avenue,
Shrewsbury Business Park,
Shrewsbury,
SY2 6FG, UK.