# REPLY EXHIBIT 12



GOLDEN GOOSE





# GLOBES



Front | **News** | Comment | Features | MARKET | ECONOMY | ENERGY | HEALTHCARE | TECH | REAL ESTATE | START UPS | >

Front > News

# L Catterton invests in Israeli cosmetics brand Il Makiage



Oran Holtzman photo: Avi Waldman

         

5 Jun, 2017 12:18
Michal Raz-Chaimovich

**L Catterton is partly held by the LVMH group, which owns prestigious brands such as Louis Vuitton, Dior, and Sephora.**

US investment firm L Catterton has invested $34 million in Israeli cosmetics brand Il Makiage for a 35.8% stake in the company. L Catterton, one of the world's largest consumer investment funds, which manages $14 billion in capital, is partly held by LVMH (Louis Vuitton, Moet Chandon, Hennessy), a subsidiary of Groupe Arnault.

The capital raised will fund penetration of the US by the brand. Il Makiage CEO Oran Holtzman has retained control of the company.

Holtzman said, "Beyond the prodigious know-how and many connections that the fund brings with it to the table, the LVMH group - the world's largest conglomerate of prestige brands, which owns Louis Vuitton, Dior, and Sephora, among others - is a substantial shareholder in the fund. We are proud that Il Makiage is becoming part of such a strong and influential group.



▶ YouTube Premium
**Premium Lite. Only $7.99/month.**
Enjoy most YouTube videos ad-free.
Try on us                    Terms apply. Cancel anytime.

"Following the acquisition of ownership of the international Il Makiage brand, the current investment constitutes a major milestone in the brand's global expansion plan. I have no doubt that the investment will enable us to realize our vision of positioning Il Makiage as a leading global professional cosmetics brand."

Holtzman, 33, acquired Il Makiage in 2013 from a receiver for NIS 12 million. The Il Makiage brand was founded more than 40 years ago in New York. In 2015, the Israeli company acquired ownership of the international brand from the founders of the US chain. The company has 41 stores in Israel and five colleges teaching the cosmetics professions. Il Makiage, which offers 800 cosmetics products, does not




use animals to test its products.

LVMH is an international French corporation in the life-style products industry. It was founded as a merger between fashion house Louis Vuitton and Moet Hennessy. It has 60 prestigious brand subsidiaries. Holding company Christian Dior owns 41.36% of LVMH's shares and 59.01% of the voting rights in the company. Bernard Arnault, the controlling shareholder in Christian Dior, is chairman of the board in both LVMH and Christian Dior.

*Published by Globes [online], Israel Business News -* **www.globes-online.com** *- on June 5, 2017*

*© Copyright of Globes Publisher Itonut (1983) Ltd. 2017*

**You May Like**



### European Commission recommends sanctions on Israel

News



### Tirzepatide Wins For Weight Loss - Only $119/Month

FuturHealth | Sponsored



### Best iPhone in 2025: Here's Which Apple Phone You Should Buy

CNET | T-Mobile | Sponsored



**I Tried the $0.87 Generic Viagra and Here's What...**

Friday Plans | Sponsored    Learn More



**Pink Salt: The Ultimate Ally to Shrink Multiple Sizes (See...**

Barislend | Sponsored    Learn More

