# REPLY EXHIBIT 13





⏻ Updates   🖋 Red Mail   ☀ 28° Tel Aviv-Jaffa  ⌄

Search 🔍   ⓧ ⓕ ⓞ ⓧ

| Main | Israel News | Mideast & World News | Tech & Digital | Real Estate | Finance | Lifestyle | Health & Science | Jewish World | Travel | More ⌄ |

**Business**

# Israeli-American beauty company valued at $1.5 billion in stock sale

Company's controlling stockholder and other investors sell part of Il Makiage parent company's stocks in a deal that capitalizes on the brand's strong technological innovation and large U.S. market share

Golan Hazani/Calcalist | 06.14.23 | 05:39

💬 Add a comment   🟢 ⓕ ⓧ ✉ ⋮

⦷ Related Topics   Exit   Business



▶ Listen to this article now                                    4 min listen

00:00          A⅄  ↻  ↺  1.0x                           -04:26

Powered by **Trinity Audio**

Oren Holtzman, the controlling stockholder of American-Israeli beauty brand Il Makiage, and L Catterton, an equity firm backed by fashion house Louis Viton, sold 7% of the stocks from ODDITY, Il Makiage, and SpoiledChild's parent company last week for $100 million.

### Related searches

🔍 Israel Investment Companies ❯

🔍   Invest in Robinhood Stock ❯

🔍 Foreign Direct Investment i... ❯

🔍 German Business Investm... ❯

**SIGN UP** for Israel's top news

Stay informed with breaking news, analysis, and exclusive stories

y net news.com

email    subscribe ❯

<< Follow Ynetnews on **Facebook** and **Twitter** >>

**Top Videos**



**1** Ex-hostage recounts sexual assault and torture in Hamas...   WATCH FULL VIDEO

⏸ 🔇 ●━━━━━━ |◀ ▶|

Powered by **minute.ly**

**More stories:**

- **Tesla delays unique Cybertruck, internal company documents show**
- **Over 26 billion shekels: Capital flight yields big returns for Israeli investors**
- **Israeli real estate transaction volume dips 50% - is it time to buy?**



**You Might Also Like**   Promoted Links by Taboola



Here's What a Dental Implant Might Cost You in 2025 (See Price List)
Dental Implants | Search Ads    Read More



French student alleges antisemitism after arrest in Spanish airport incident involving Jewish youth group
jewish scene



Bigfoot Whiskey Bottle: A Mythical Bar Must-Have
Dotmary    Learn More



The Killer 2025 Subaru Ascent Tailored For Seniors Is Now Very Cheap - Tak...
AnswersGuide | Subaru Ascent | Sponsored    Read More



The Killer 2025 Subaru Ascent Tailored For Seniors Is Now Very Cheap - Tak...
AnswersGuide | Subaru Ascent | Sponsored    Read More

The company's value in the transaction was estimated at $1.5 billion. The buyers were Michael Dell's investment fund, the founder of the American computer company Dell; and Billie Gifford, a European investment fund managing $234 billion.

## More Stories



'She deserved to die': US biotech executive laid off after attacking bereaved Jewish father
jewish scene



Israeli family loses suit against Air Canada after flight canceled on Oct 7
travel



'Act civilized!': US envoy lashes out at Lebanese press, sparks uproar
news



HAZORFIM
SINCE 1952

UP TO 30% OFF

Rosh Hashanah Collection

Shop Now >



    3  View gallery

Il Makiage's global operations are 100% online, except for approximately 40 physical stores it has in Israel (Photo: PR)

Sponsored Links by Taboola



Tirzepatide Wins For Weight Loss - Only $119/Month
FuturHealth



Amazon Worst Nightmare: New York Shoppers Are Canceling Prime for This...
Online Shopping Tools



CVS Hides This $1 Generic Viagra - Here's the Aisle It's Really In.
Friday Plans    Learn More

Following the transaction, Holtzman holds approximately 51% of the company's shares, Louis Vuitton holds around 30%, and the rest is held by other shareholders, including Franklin Templeton, Michael Dell, and others. Il Makiage is the largest online beauty company in the U.S.

According to sources in the U.S., Holtzman sold stocks for approximately $60 million, and Louis Vuitton's fund sold stocks for approximately $40 million. ODDITY's value in the transaction was equal to the value at which Holtzman and Louis Vuitton's fund sold 8.5% of the company's stocks in January 2022, standing at around $130 million.

The buyers at that time were Franklin Templeton, an international investment company managing $1.5 trillion in assets; Fidelity Investments, managing assets worth over $4 trillion; and Thomas Tull, a serial investor in start-up companies.

Louis Vuitton's luxury conglomerate, LVNH, acquired 35.8% of Il Makiage's stocks for $95 million in 2017 through its investment fund. The company's value increased significantly within five years, with a 15-fold jump in value, thanks to technology companies' investments in the company.



# IL MAKIAGE

**NEW YORK**

Il Makiage logo

Holtzman, the controlling stockholder, and CEO of the company, acquired Il Makiage in 2013 when he was only 30 years old for $11 million, when the company had a $45 million debt.



**The Killer 2025 Subaru Ascent Tailored For Seniors Is Now Very Cheap - Tak…**

AnswersGuide | Subaru Ascent | Sponsored    **Read More**

In 2018, a year after Louis Vuitton's investment in the company, Il Makiage was launched as an online brand in the U.S. Currently, Il Makiage operates as an e-commerce company developing AI-based technology to personalize the experience between consumers and beauty products.

The company's global operations are 100% online, except for approximately 40 physical stores it has in Israel. Some 80% of Il Makiage's revenue comes from online activities in the U.S., and 20% comes from England, Germany and its shops in Israel.

The group's revenues since the beginning of 2023 reflect a major increase and are expected to reach around $500 million by the end of 2023. In 2022, its revenues amounted to $370 million; in 2021, revenues stood at $260 million; in 2020, they were at $135 million; in 2019, $70 million; and in 2018, $25 million.

The company has around 40 million customers in the United States, and didn't suffer significant declines during the COVID-19 pandemic, along with the beauty market as a whole.



Il Makiage has 40 physical stores in Israel  (Photo: PR)

Il Makiage has acquired several companies over the years. In 2021, it acquired the start-up company Voyage81, which specializes in artificial intelligence technology, enabling the company to personalize products for customers on its online platform without seeing them in person.

In April, Il Makiage used its revenue surplus to invest around $100 million in acquiring Revela, a biotechnology start-up company, and announced the establishment of ODDITY LABS, a biotechnology center in Boston specializing in AI-based molecular research for revolutionary beauty products.

In the investment, $75 million were allocated for the acquisition itself, and $25 million were allocated for the research center.

Il Makiage has its headquarters in New York, a research and development center in Tel Aviv, and a biotechnology laboratory in Boston. The company employs approximately 300 workers, with its technological divisions employing around 40% of the company's workers.



**The Killer 2025 Subaru Ascent Tailored For Seniors Is Now Very Cheap - Tak…**

AnswersGuide | Subaru Ascent | Sponsored    Read More

Il Makiage's success is attributed to its highly advanced technological platform in the industry, developed via machine learning and computer vision that identifies user needs and generates personalized wellness and beauty solutions.

The surge in sales positions Il Makiage close to cosmetic giants like Estée Lauder and L'Oréal, standing out the most for its online sales due to its technological capabilities.

TaboolaFeed



**Tirzepatide Wins For Weight Loss - Only $119/Month**
FuturHealth | sponsored



**Amazon Worst Nightmare: New York Shoppers Are Canceling Prime for This Clever Hack**
Online Shopping Tools | sponsored



Here's What a Dental Implant Might Cost



הוצאות הישראלים לחו"ל מתוסכה: איזה רם