**REPLY EXHIBIT 14**

Resources   Blog   Journalists                                                          Client Login   Send a Release

**PR Newswire®**        News        Products        Contact                                      Search

News in Focus      Business & Money      Science & Tech      Lifestyle & Health      Policy & Public Interest      People & Culture

# IL MAKIAGE Receives Significant Investment From L Catterton's Growth Fund

NEWS PROVIDED BY
**L Catterton →**
Jun 08, 2017, 08:00 ET

SHARE THIS ARTICLE



NEW YORK, June 8, 2017 /PRNewswire/ -- IL MAKIAGE New York, a prestige professional makeup brand, today announced that it has received a $29 million growth capital investment from the Growth Fund of *L* Catterton, the world's largest consumer-focused private equity firm. The significant capital investment will be used to support and accelerate the expansion of IL MAKIAGE in the United States.

Founded in 1972 by leading makeup artist Ilana Harkavi in New York, IL MAKIAGE pioneered a new category of premium professional makeup and has led cosmetic innovation ever since. Today, under the leadership of CEO Oran Holtzman, the brand has built upon its distinct heritage as a makeup industry leader in innovation, professional knowledge and product quality. Based on years of R&D experience and uncompromising quality, IL MAKIAGE offers an immaculate collection of professional makeup products, hundreds of high-end textures and an unlimited variety of shades.

IL MAKIAGE operates cutting-edge boutiques that employ professional makeup artists and offer a unique, one-on-one consultative approach to provide highly personalized guidance and precise product matching. In addition to its boutiques, the company operates a network of makeup artist academies furthering its commitment to educating and training the beauty professionals of tomorrow.

"When I acquired IL MAKIAGE a few years ago, I had a clear vision for the future – to build a global, professional, high-end makeup brand," said IL MAKIAGE CEO, Oran Holtzman. "We have invested significant resources to further develop IL MAKIAGE, building a state of the art R&D division, enhancing our product offering, and creating a unique shopping experience in our mono-brand makeup boutiques. We are thrilled to partner with *L* Catterton and are confident that the firm's unparalleled experience in building premium brands and global expertise make *L* Catterton the ideal partner for us. This significant investment indicates a tremendous expression of confidence in the brand, its positioning, the management team, and above all, the products and their uncompromising quality."

"We are excited to partner with IL MAKIAGE, a rapidly growing brand with a distinct heritage that is uniquely positioned at the intersection of luxury and professional color cosmetics," said Michael Farello, Co-Managing Partner, *L* Catterton Growth Fund. "Oran and his talented team have reinvigorated the brand on the strength of IL MAKIAGE's rigorous R&D process, professional quality products and personalized customer experience. We see significant opportunity to expand this successful formula in the United States by driving brand awareness and leveraging IL MAKIAGE's high-touch, experiential retail model."

*L* Catterton has significant experience investing globally in premium cosmetics brands. Current and past investments include Bliss, Cover FX, CLIO Professional, Dr. Wu, Ideal Image, Intercos Group, Kopari, StriVectin and TULA.

**About IL MAKIAGE**
Founded in 1972 in New-York, IL MAKIAGE is a high-end professional makeup brand offering the broadest selection of professional makeup solutions, powerful beauty tools and a world of endless beauty possibilities. Like a splash of color, IL MAKIAGE is an invigorating brand, always searching to reinvent itself and continues to lead trends by constantly introducing new collections of makeup products. Alongside its winning products, the company's in-store professional makeup artists offer personalized makeup know-how, consultation and guidance. In addition, IL MAKIAGE's professional academy offers a variety of courses to educate and develop makeup artists empowering artists worldwide.

**About *L* Catterton**
With over $14 billion of equity capital across six fund strategies in 17 offices globally, *L* Catterton is the largest consumer-focused private equity firm in the world. *L* Catterton's team of more than 140 investment and operating professionals partners with management teams around the world to implement strategic plans to foster growth, leveraging deep category insight, operational excellence, and a broad thought partnership network. Since 1989, the firm has made over 150 investments in leading consumer brands. *L* Catterton was formed through the partnership of Catterton, LVMH and Groupe Arnault. For more information about *L* Catterton, please visit **www.lcatterton.com**.

**IL MAKIAGE Contact:**
Alison Brod

Alison Brod Marketing Communications

212-230-1800

**L Catterton Contacts:**

Eric Brielmann / Andrew Squire / Tim Ragones

Joele Frank, Wilkinson Brimmer Katcher

212-355-4449

SOURCE L Catterton

Related Links

http://www.lcatterton.com



**WANT YOUR COMPANY'S NEWS FEATURED ON PRNEWSWIRE.COM?**

 **440k+** Newsrooms & Influencers

 **9k+** Digital Media Outlets

**270k+** Journalists Opted In

GET STARTED

## Also from this source

### L Catterton Acquires Kisshokichi, the World's Largest Kobe Beef Restaurant Chain

L Catterton, a leading global consumer-focused investment firm, today announced that it has acquired Kisshokichi, the world's largest Kobe beef...

### L Catterton Invests in L.A.B. Golf, a Pioneering Brand Revolutionizing the Putter Category

L Catterton, the largest global consumer-focused private equity firm, today announced that it has made a strategic investment in L.A.B. Golf, a...

**More Releases From This Source →**

## Explore



**Banking & Financial Services**

**Household, Consumer & Cosmetics**





**Cosmetics and Personal Care**

**Venture Capital**

**News Releases in Similar Topics →**

### Contact PR Newswire

Call PR Newswire at 888-776-0942 from 8 AM - 9 PM ET

Chat with an Expert

Contact Us ⌃

X  f  in

### Products

For Marketers
For Public Relations
For IR & Compliance
For Agency
All Products

### About

About PR Newswire
About Cision
Become a Publishing Partner
Become a Channel Partner
Careers
Accessibility Statement

Global Sites ⌃

### My Services

All New Releases
Platform
ProfNet
Data Privacy

Do not sell or share my personal information:

- Submit via privacy@cision.com
- Call Privacy toll-free: 877-297-8921

Terms of Use | Privacy Policy | Information Security Policy | Site Map | RSS | Cookies

Copyright © 2025 Cision US Inc.