**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

BRIAN HOARE, individually and on behalf of all others similarly situated,

Plaintiff,

-against-

24 **CIVIL** 6571 (MMG)

# JUDGMENT

ODDITY TECH LTD., et al.,

Defendants.

---------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 9, 2026, Defendants' motion to dismiss is GRANTED.

**Dated:** New York, New York

September 10, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:**

**Deputy Clerk**